IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CT-3007-BO

| | |
|---|---|
| DARIUS TREMAYNE BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANTS COOPER, DOVE AND** |
| v. ) | **GETHERS' MOTION TO DISMISS** |
| ) | **Fed. R. Civ. P. 12(b)(6)** |
| CORRECTIONAL OFFICER HOWARD, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

Defendants Cooper, Dove, and Gethers ("Moving Defendants")[1], by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move for dismissal of all claims against them. Moving Defendants contend that Plaintiff has failed to state a claim upon which relief can be granted.

Moving Defendants specifically contend that Plaintiff Darius Tremayne Brooks ("Plaintiff") has failed to exhaust his administrative remedies as to all of the claims in his Amended Complaint. Moving Defendants' arguments and legal authorities in support of this Motion are set forth in detail in the Memorandum of Law being filed by Moving Defendants simultaneously with this Motion.

WHEREFORE, based on the above and the arguments and authorities set forth in Moving

---

[1] Defendants Howard, Johnson, Jones and Pearce are filing an Answer to Plaintiff's Amended Complaint and are not included in this Motion to Dismiss.

Defendants' Memorandum of Law, Moving Defendants respectfully move that this Motion to Dismiss be granted, and that all claims against them in this action be dismissed with prejudice.

This the 23rd day of May 2025.

        **JEFF JACKSON**
        **ATTORNEY GENERAL**

        <u>/s/ Clarence Turpin, V</u>
        Clarence Turpin, V
        Assistant Attorney General
        N.C. State Bar No. 27300
        N.C. Department of Justice
        P.O. Box 629
        Raleigh, NC 27602-0629
        Telephone: (919) 716-6431
        Facsimile: (919) 716-6761
        E-mail: cturpin@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the **DEFENDANTS COOPER, DOVE AND GETHERS' MOTION TO DISMISS** with the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

Darius Tremayne Brooks
1066328
Marion Correctional Institution
P.O. Box 2405
Marion, NC 28752

This the 23rd day of May 2025.

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General