IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CT-3007-BO

| | |
|---|---|
| DARIUS TREMAYNE BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANTS' MOTION FOR** |
| v. ) | **EXTENSION OF TIME TO FILE** |
| ) | **DISPOSITIVE MOTIONS** |
| CORRECTIONAL OFFICER HOWARD, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

Defendants Howard, Johnson, Jones, and Pearce ("Moving Defendants[1]"), by and through undersigned counsel, and respectfully request an extension of time, up to and including December 23, 2025, to file dispositive motions. In support of this Motion, Moving Defendants show the following:

1. On July 10, 2024, Pro Se Plaintiff Darius Tremayne Brooks filed an Amended Complaint in this action. [D.E. 15].

2. On October 16, 2024, the Court completed its frivolity review in which it allowed Plaintiff's claims of excessive force to proceed against Defendants. [D.E. 18].

3. On December 16, 2024, Waivers of Service were filed for Defendants Johnson, Jones, Cooper, Dove, Pearce, and Gethers. [D.E. 25].

---

[1] Defendants Dove, Cooper and Gethers filed a Motion to Dismiss in this matter, which has not yet been ruled upon.

4.  On December 17, 2024, a Waiver of Service was filed for Defendant Howard. [D.E. 27].

5.  Defendants obtained three extensions of time to answer or otherwise respond to Plaintiff's Amended Complaint [D.E. 30, 32, and 36]; the Court granted Defendants third extension through May 23, 2025. [D.E. 37].

6.  On May 23, 2025, Moving Defendants filed their Answer to Plaintiff's Amended Complaint [D.E. 38].

7.  Also on May 23, 2025, Defendants Cooper, Dove, and Gethers filed their Motion to Dismiss, [D.E. 39] which Plaintiff responded to in opposition on July 15, 2025, [D.E. 44] after obtaining an extension of time. [D.E. 44, 45].

8.  On May 27, 2025, the Court issued a Scheduling Order requiring discovery to be completed by September 24, 2025, and dispositive motions to be filed by October 24, 2025. [D.E. 42].

9.  On May 29, 2025, NCPLS attorney Sunny Frothingham filed her Notice of Appearance for the limited purpose of conducting discovery on behalf of Plaintiff. [D.E. 43].

10. On June 24, 2025, undersigned counsel received Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendants Howard, Johnson, Jones and Pearce, and after obtaining an extension, Moving Defendants fully responded to Plaintiff's discovery requests.

11. On September 24, 2025, counsel for Plaintiff filed a consent motion for extension of time to extend the discovery and dispositive motions deadline, [D.E. 51] which was granted making

the discovery deadline October 24, 2025, and the dispositive motions deadline November 24, 2025. [D.E. 52].

12. On October 23, 2025, counsel for Plaintiff filed a motion to stay deadlines pending the Court's ruling on Defendants Cooper, Dove, and Gethers' motion to dismiss, [D.E. 53] which, as of today, has not yet been ruled on.

13. Moving Defendants are requesting an extension of time, which is being filed within the Court's dispositive motions deadline of November 24, 2025.

14. Undersigned counsel has attempted to contact Plaintiff's counsel but has not yet confirmed whether or not they consent to this motion.

WHEREFORE, for the reasons set forth above, and for good cause shown, Moving Defendants respectfully request that the Court grant them an extension of time up to and including December 23, 2025, to file dispositive motions.

This the 24th day of November 2025.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
N.C. State Bar No. 27300
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6431
Facsimile: (919) 716-6761
E-mail: cturpin@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** with the Clerk of the Court utilizing the CM/ECF system, which automatically provides electronic notice to Plaintiff's counsel of record as follows:

>Sunny Khan Frothingham
>NC Prison Legal Services
>PO Box 25397
>Raleigh, NC 27611
>sfrothingham@ncpls.org

This the 24th day of November 2025.

/s/ Clarence Turpin, V
Clarence Turpin, V
Assistant Attorney General
