IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CT-3007-BO

| | |
|---|---|
| DARIUS TREMAYNE BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CORRECTIONAL OFFICER HOWARD, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court on Defendants Howard, Johnson, Jones, and Pearce's motion for an extension of the dispositive motions deadline. [DE-55]. For good cause shown, the motion is allowed, and all motions, except those relating to the admissibility of evidence at trial, shall be filed no later than **Tuesday, December 23, 2025**.

SO ORDERED, this the 25 day of November, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge