IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3007-BO

| | |
|---|---|
| DARIUS TREMAYNE BROOKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRENT HOWARD, et al., )<br>)<br>Defendants. ) | **AMENDED<br>ORDER ON SCHEDULING** |

This case comes before the court for entry of a revised scheduling order. [DE-58]. Having reviewed the record, it is ORDERED as follows:

1. All discovery will be commenced in time to be completed no later than **July 6, 2026**.

2. All motions, except those relating to the admissibility of evidence at trial, shall be filed by **August 5, 2026**.

3. In the event the court finds that a motion raises genuine issues of material fact, a subsequent order will issue scheduling a final pretrial conference and setting the case for trial before United States District Judge Terrence W. Boyle.

4. Requests for modification of the scheduling order that will require a continuance of the trial will be granted only upon a strong showing of due diligence and good cause.

SO ORDERED, this 6th day of March, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge