IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3007-BO

| | | |
|---|---|---|
| DARIUS TREMAYNE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SUBSTITUTION** |
| v. | ) | **OF COUNSEL** |
| | ) | |
| CORRECTIONAL OFFICER HOWARD, | ) | Local Civ. R. 5.2(c) |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants Howard, Johnson, Jones, and Pearce ("Defendants"), by and through counsel, and provides notice pursuant to Local Civ. R. 5.2(c) that there has been a substitution of counsel in this case. Special Deputy Attorney General James A. Barnes, IV, is hereby being substituted as counsel for Defendants in place of Clarence Turpin, V, who has accepted a position outside of the Attorney General's Office.

Special Deputy Attorney General James A. Barnes, IV, will represent Defendants and verifies that he is aware of, and will comply with, all pending deadlines in the case including proceedings with any scheduled trial or hearings.

This the 4th day of August 2026.

<div style="margin-left:50%">

**JEFF JACKSON**
**Attorney General**

/s/ James A. Barnes, IV
James A. Barnes, IV
Assistant Attorney General
N.C. State Bar No. 33356
N.C. Department of Justice
P.O. Box 629
Raleigh NC  27602-0629
Telephone: (919) 716-6786
Facsimile: (919) 716-6761
E-mail:  jabarnes@ncdoj.gov

</div>

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this day, I electronically filed the **Notice of Substitution of Counsel** with the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

Darius Tremayne Brooks
1066328
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681
*Pro Se Plaintiff*

J. Bruce Hoof
P.O. Box 51098
Durham, NC 27717-1098
jbh@brucehooflaw.com
*Co-counsel for Defendant Johnson*

This the 4th day of August 2026.

<u>/s/James A. Barnes, IV</u>
James A. Barnes, IV
Assistant Attorney General

3