IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3007-BO

DARIUS TREMAYNE BROOKS, )
)
Plaintiff, )
) **DEFENDANTS' MOTION FOR**
v. ) **SUMMARY JUDGMENT**
)
CORRECTIONAL OFFICER HOWARD, )
et al., )
)
Defendants. )

NOW COME Defendants Howard, Johnson, Jones and Pearce ("Defendants"), by and through Undersigned Counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move for summary judgment as there exists no genuine issues of material fact which support Plaintiff's claims of alleged violations of his constitutional rights by Defendants. In support of this motion, Defendants rely upon the pleadings filed in this case as well as the supporting materials filed herewith, including a Memorandum in Support of this Motion, which includes Declarations and Exhibits

This the 5th day of August 2026.

**JEFF JACKSON**
**Attorney General**

/s/ James A. Barnes, IV
James A. Barnes, IV
Assistant Attorney General
N.C. State Bar No. 33356
N.C. Department of Justice
P.O. Box 629
Raleigh NC  27602-0629
Telephone: (919) 716-6786
Facsimile: (919) 716-6761
E-mail:  jabarnes@ncdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on this day, I electronically filed the foregoing **Motion for Summary Judgment** with the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

Darius Tremayne Brooks
1066328
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681
*Pro Se Plaintiff*

J. Bruce Hoof
P.O. Box 51098
Durham, NC 27717-1098
jbh@brucehooflaw.com
*Co-counsel for Defendant Johnson*

This the 5th day of August 2026.

<u>/s/ James A. Barnes, IV</u>
James A. Barnes, IV