IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3007-BO

| | | |
|---|---|---|
| DARIUS TREMAYNE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPENDIX TO STATEMENT OF** |
| v. | ) | **MATERIAL FACTS NOT IN DISPUTE** |
| | ) | |
| CORRECTIONAL OFFICER HOWARD, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants Howard, Johnson, Jones and Pearce ("Defendants"), by and through Undersigned Counsel, and respectfully submit this Appendix to Local Civil Rule 56.1 Statement of Material Facts:

1. **EXHIBIT 1** – Declaration of Counsel

    A. OPUS Offender Information Screen

    B. Offender External Movements

    C. OPUS Public Infraction Summary

    D. Plaintiff's Disciplinary History

    E. January 22, 2023 – Incident Report

    F. January 22, 2023 – Video Footage (*to be filed manually and filed under seal*)

    G. Plaintiff's Confidential Medical Records (*filed under seal*)

H.  Disciplinary Report and Appeal

I.  NCDAC/NCDPS Chapter F, .1500, Use of Force Policy

2.  **EXHIBIT 2** – Declaration of Trent Howard

3.  **EXHIBIT 3** – Declaration of Terrance Johnson

4.  **EXHIBIT 4** – Declaration of Tencianah Jones

5.  **EXHIBIT 5** – Declaration of Austin Pearce

This the 5th day of August 2026.

**JEFF JACKSON**
**Attorney General**

/s/ James A. Barnes, IV
James A. Barnes, IV
Assistant Attorney General
N.C. State Bar No. 33356
N.C. Department of Justice
P.O. Box 629
Raleigh NC  27602-0629
Telephone: (919) 716-6786
Facsimile: (919) 716-6761
E-mail:  jabarnes@ncdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this day, I electronically filed the foregoing **Appendix** with

the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I

mailed this document to the following non-CM/ECF participant, first-class United States

Mail, postage prepaid, addressed as follows:

Darius Tremayne Brooks
1066328
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681
*Pro Se Plaintiff*

J. Bruce Hoof
P.O. Box 51098
Durham, NC 27717-1098
jbh@brucehooflaw.com
*Co-counsel for Defendant Johnson*

This the 5th day of August 2026.

<u>/s/ James A. Barnes, IV</u>
James A. Barnes, IV