**EXHIBIT 1**                                    **Page 1 of 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3007-BO

| | | |
|---|---|---|
| DARIUS TREMAYNE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF COUNSEL** |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER HOWARD, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

I, James Barnes, IV, being competent to testify, and having personal knowledge of the matters herein, hereby state:

1. I am an adult over the age of 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge as counsel for Defendants.

2. Attached hereto are documents produced pursuant to Local Civil Rule 7.1 as, upon information and belief, the documents speak for themselves, it is anticipated that these documents will be uncontested, the facts contained therein solely relate to matters of formality, and there will be no substantial evidence offered in opposition. These documents are all copies of the originals on file with the North Carolina

**EXHIBIT 1**                                                   **Page 2 of 3**

Department of Adult Correction (formerly N.C. Department of Public Safety) (hereinafter "NCDAC" or "NCDPS"), and are documents and records made and kept by NCDAC as part of the regular course of business.

a. **Exhibit A** is a true and accurate copy of Plaintiff's OPUS Information Screen.

b. **Exhibit B** is a true and accurate copy of Plaintiff's Offender External Movements.

c. **Exhibit C** is a true and accurate copy of Plaintiff's OPUS Public Infraction Summary.

d. **Exhibit D** is a true and accurate copy of Plaintiff's Disciplinary History.

e. **Exhibit E** is a true and accurate copy of Incident Report # 3980-23-25 which relates to the January 22, 2023, use of force incident.

f. **Exhibit F** is a true and accurate copy of the video surveillance footage obtained from the January 22, 2023, use of force incident (*to be filed manually and filed under seal).*

g. **Exhibit G** is a true and accurate copy of Plaintiff's confidential medical records. (*filed under seal*).

h. **Exhibit H** is a true and accurate copy of Plaintiff's Disciplinary Report and Appeal from his disciplinary charges incurred on January 22, 2023.

i. **Exhibit I** is a true and accurate copy of NCDAC/NCDPS Chapter F .1500, Use of Force Policy.

**EXHIBIT 1**                                                                                    **Page 3 of 3**

Pursuant to 28 U.S.C. § 1746(2), I verify under penalty of perjury that the foregoing Declaration is true and correct in substance and fact to the best of my knowledge and belief.

This the 5th day of August 2026.

/s/ James A. Barnes, IV
James A. Barnes, IV
Special Deputy Attorney General

3