**EXHIBIT 1-A** **Page 1 of 4**

# DARIUS T BROOKS



**Offender ID:** 1066328
**Inmate Status:** ACTIVE
**Probation/Parole/Post Release Status:** INACTIVE
**Gender:** MALE
**Race:** BLACK/AFRICAN AMERICAN
**Ethnic Group:** NOT HISPANIC/LATINO
**Birth Date:** 12/28/1989
**Age:** 36
**Current Location:** ALEXANDER C.I.

## Name(s) Of Record

| Last Name | Suffix | First Name | Middle Name | Name Type |
|---|---|---|---|---|
| BROOKS | | DARIUS | TREMAYNE | COMMITTED |
| TAKE OVER | | | | NICKNAME |

## Most Recent Incarceration Summary

| | |
|---|---|
| **Incarceration Status:** ACTIVE | **Total Incarceration Term:** 13 YEARS 2 MONTHS |
| **Conviction Date:** 12/14/2022 | **Projected Release Date:** 02/05/2033 |
| **Primary Crime:** MANSLAUGHTER (PRINCIPAL) | **Primary Crime Type:** FELON |
| **Special Characteristics:** REGULAR | **Current Status:** FELON |
| **Admission Date:** 12/20/2022 | **Admission Facility:** GRANVILLE CI |
| **Control Status:** REGULAR POPULATION | **Next Control Review:** UNKNOWN |
| **Custody Classification:** CLOSE | **Next Custody Review:** UNKNOWN |
| **Number Of Infractions:** 5 | **Last Infraction Date:** 07/16/2026 |
| **Current Location:** ALEXANDER C.I. | **Previous Location:** MARION CI |
| **Last Movement :** RECEIVED FROM MARION CI | **Last Movement Date:** 10/20/2025 |
| | Escapes?: N |

## Offender Sentence History

| Most Recent Period of Incarceration Record | |
|---|---|
| **Sentence Number:** BB-001 | **Commitment Type:** INMATE |
| **Conviction Date:** 12/14/2022 | **County Of Conviction:** ROCKINGHAM |

*Report Name: Offender Information*  Case 5:24-ct-03007-BO   Document 66-2   Filed 08/05/26   Page 1 of 4

**EXHIBIT 1-A**                                              **Page 2 of 4**

## Offender Sentence History

| | | |
|---|---|---|
| **Service Status:** ACTIVE | **Sentence Begin Date:** 12/14/2022 | |
| **Sentence Status:** ACTIVE | **Actual Release Date:** | |
| **Punishment Type:** ACTIVE SS | **Projected Release Date:** 02/05/2033 | |
| **Sentence Type 1:** DEPT OF CORR DIV OF PRISONS | | |
| **Minimum Term:** 10 YEARS 1 MONTH | **Maximum Term:** 13 YEARS 2 MONTHS | |

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 21000479 | MANSLAUGHTER (PRINCIPAL) | 06/27/2021 | FELON | CLASS D |
| CONSOLIDATED FOR JUDGMENT | 21000480 | POSSESSION OF FIREARM BY FELON (PRINCIPAL) | 06/27/2021 | FELON | CLASS G |
| CONSOLIDATED FOR JUDGMENT | 21051686 | OTHER FELON (SOLICIT) | 07/12/2021 | FELON | CLASS F |
| CONSOLIDATED FOR JUDGMENT | 21051696 | POSSESSION OF FIREARM BY FELON (PRINCIPAL) | 07/13/2021 | FELON | CLASS G |
| CONSOLIDATED FOR JUDGMENT | 21051698 | POSSESS WITS SCHEDULE II (PRINCIPAL) | 07/13/2021 | FELON | CLASS H |
| CONSOLIDATED FOR JUDGMENT | 21051698 | POSSESS SCHEDULE II (PRINCIPAL) | 07/13/2021 | FELON | CLASS I |
| CONSOLIDATED FOR JUDGMENT | 21051698 | TRAFFICKING SCHEDULE II (ATTEMPTED) | 07/13/2021 | FELON | CLASS F |
| CONSOLIDATED FOR JUDGMENT | 21052345 | AWDWISI (PRINCIPAL) | 06/27/2021 | FELON | CLASS E |
| CONSOLIDATED FOR JUDGMENT | 21052345 | DISC/FIREARM/OCCUPIED VEHICLE (PRINCIPAL) | 06/27/2021 | FELON | CLASS D |
| CONSOLIDATED FOR JUDGMENT | 21052346 | MANSLAUGHTER (PRINCIPAL) | 06/27/2021 | FELON | CLASS D |

### Previous Period of Incarceration Record

| | | |
|---|---|---|
| **Sentence Number:** BA-001 | **Commitment Type:** INMATE | |
| **Conviction Date:** 10/13/2011 | **County Of Conviction:** ROCKINGHAM | |
| **Service Status:** EXPIRED | **Sentence Begin Date:** 10/13/2011 | |
| | **Actual Release Date:** 08/08/2014 | |
| **Punishment Type:** POST RELEASE | **Projected Release Date:** 12/05/2012 | |
| **Sentence Type 1:** DEPT OF CORR DIV OF PRISONS | | |
| **Sentence Type 3:** POST RELEASE SENTENCE | | |
| **Minimum Term:** 2 YEARS 10 MONTHS | **Maximum Term:** 4 YEARS 2 MONTHS | |
| **Parole Begin Date:** 08/08/2014 | **Parole End Date:** 05/05/2015 | |

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 09052782 | KIDNAPPING 2ND DEGREE (PRINCIPAL) | 07/04/2009 | FELON | CLASS E |

| | | |
|---|---|---|
| **Sentence Number:** BA-002 | **Commitment Type:** INMATE | |
| **Conviction Date:** 10/13/2011 | **County Of Conviction:** ROCKINGHAM | |

**EXHIBIT 1-A**        **Page 3 of 4**

## Offender Sentence History

**Service Status:** EXPIRED      **Sentence Begin Date:** 12/05/2012
**Actual Release Date:** 11/27/2013
**Punishment Type:** ACTIVE SS      **Projected Release Date:** 11/27/2013
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Minimum Term:** 10 MONTHS      **Maximum Term:** 1 YEAR

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONSECUTIV TO SENTENCE NUMBER BA*001 | 09051933 | INTIMIDATE WITNESSES (PRINCIPAL) | 05/10/2009 | FELON | CLASS H |
| CONSOLIDATED FOR JUDGMENT | 11002098 | CONTRABAND TO PRISONERS (PRINCIPAL) | 09/02/2011 | FELON | CLASS H |
| CONSOLIDATED FOR JUDGMENT | 11052728 | ASSAULT ON OFFICER/ST EMPLOYEE (PRINCIPAL) | 08/02/2011 | MISD. | CLASS A1 MISDEMEAN-OR SS |
| CONSOLIDATED FOR JUDGMENT | 11052728 | RESISTING OFFICER (PRINCIPAL) | 08/02/2011 | MISD. | CLASS 2 MISDEMEANOR SS |
| CONSOLIDATED FOR JUDGMENT | 11052728 | COMMUNICATING THREATS (PRINCIPAL) | 08/02/2011 | MISD. | CLASS 1 MISDEMEANOR SS |

**Sentence Number:** BA-003      **Commitment Type:** INMATE
**Conviction Date:** 11/18/2008      **County Of Conviction:** ROCKINGHAM
**Revocation Docket#:** 08052794      **County Of Revocation:** ROCKINGHAM
**Service Status:** EXPIRED      **Sentence Begin Date:** 11/27/2013
**Actual Release Date:** 08/08/2014
**Punishment Type:** ACTIVE SS      **Projected Release Date:** 08/08/2014
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Sentence Type 2:** PROBATION REVOCATION
**Minimum Term:** 10 MONTHS      **Maximum Term:** 1 YEAR

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONSECUTIV TO SENTENCE NUMBER BA*002 | 08052794 | COMMON LAW ROBBERY (PRINCIPAL) | 07/29/2008 | FELON | CLASS G |

### Most Recent Period of Supervision Record

**Sentence Number:** 01-001      **Commitment Type:** PROBATION/PAROLE
**Conviction Date:** 11/18/2008      **County Of Conviction:** ROCKINGHAM
**Punishment Type:** INTERMEDIATE SS
**Sentence Type 1:** PROBATION
**Sentence Type 2:** SUSPENDED SENTENCE

**EXHIBIT 1-A**                                    **Page 4 of 4**

## Offender Sentence History

**Sentence Type 3:** DEPT OF CORR DIV OF PRISONS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 08052794 | COMMON LAW ROBBERY (PRINCIPAL) | 07/29/2008 | FELON | CLASS G |

*Report Name: Offender Information*    Case 5:24-ct-03007-BO    Document 66-2    Filed 08/05/26    Page 4 of 4