**EXHIBIT 1-B**



OPUS Information

# Offender Information Screen

| Show Side Menu Buttons | Back To Search Screen | Print | Refresh Screen |

**DOC Number:** 1066328 ✏️   **Status:** ACTIVE INMATE   **DNA Test:** DOJ RECEIVED
**Name:** BROOKS, DARIUS T.   **Birth Date:** ▮▮▮▮▮
**SID:** NC1262961A   **FBI#:** 584875EC4   **SSN:** ▮▮▮▮▮

Active Inmate Specific Information   **# Infractions:** 3 (01/22/2023)   **Crime Type:** FELON
**Custody:** CLOSE **Nxt Rev:**   **Cur. Loc:** 3730 - MARION CI   **Bed:** DU3E-012
**Convicted:** 12/14/2022   **Admitted:** 12/20/2022   **SPL:** L1
**Sp. Char:** REGULAR   **Control:** REGULAR POPULATION   **Nxt Rev:**
**Projected Release Date:** 09/28/2032   **Case Manager:** SURRATT, BECKY RENEE
**Activity:** RDU PHASE 1   **Crime:** MANSLAUGHTER (PRINCIPAL)
**Last Movement:** RECEIVED FROM MAURY C.I.  **On:** 08/02/2024
**Reason:** RDU PROGRAM   **PC Analyst:** PAYNE, SCOTT



**SRG:** THREAT LEVEL 3

**Victim:** No   **Detain/PC:** Yes
**Alerts:** No   **Escapes:** No
**Writs:** No   **Warrants:** No
**SBM:** No   **Conflicts:** Yes

| Offender's External Movements | | | | |
|---|---|---|---|---|
| **Date** | **Time** | **Reporting Location** | **Movement Type** | **Origin/Destination** | **Reason** |
| 08/02/2024 | 09:42:00 | MARION CI | RECEIVED FROM | MAURY C.I. | RDU PROGRAM |
| 08/02/2024 | 07:06:00 | MAURY C.I. | TRANSFERRED TO | MARION CI | RDU PROGRAM |
| 06/14/2024 | 11:10:00 | MAURY C.I. | RECEIVED FROM | GRANVILLE CI | DIR'S CLASS. COMM. |
| 06/14/2024 | 08:53:00 | GRANVILLE CI | TRANSFERRED TO | MAURY C.I. | DIR'S CLASS. COMM. |
| 12/20/2022 | 11:07:00 | GRANVILLE CI | RE-ADMISSION | ROCKINGHAM COUNTY | JUDGMT/COMMIT(FELON) |
| 05/05/2015 | 23:59:00 | PASQUOTANK CI | TERMINATED PAROLE | UNKNOWN | POST RELEASE |
| 08/08/2014 | 11:15:00 | PASQUOTANK CI | PAROLE/RETURN TO PAR | PASQUOTANK COUNTY | POST RELEASE |
| 01/30/2013 | 17:31:00 | PASQUOTANK CI | RECEIVED FROM | TABOR CI | REL FROM CONTROL |
| 01/30/2013 | 03:27:00 | TABOR CI | TRANSFERRED TO | PASQUOTANK CI | REL FROM CONTROL |
| 11/10/2011 | 18:02:00 | TABOR CI | RECEIVED FROM | GRANVILLE CI | PROCESSING |
| 11/10/2011 | 08:53:00 | GRANVILLE CI | TRANSFERRED TO | TABOR CI | PROCESSING |
| 10/18/2011 | 12:38:00 | GRANVILLE CI | NEW ADMISSION | ROCKINGHAM COUNTY | JUDGMT/COMMIT(FELON) |

| Back To Search Screen |