**EXHIBIT 1-C**



# North Carolina Department Of Adult Correction
# Offender Public Information

### View Offender Sentence Component

| Offender Search | Escapes/Captures | Absconders | Inmate Releases | Downloads |  |

Back To Offender Information

Offender Infractions

**Offender Number: 1066328   Offender Name: DARIUS T BROOKS**

| Infraction Date | Infraction Type |
| --- | --- |
| 07/16/2026 | SUBSTANCE POSSESSION |
| 02/17/2026 | ATTEMPT CLASS A CAT 2 OFF |
| 01/22/2023 | DISOBEY ORDER |
| 01/22/2023 | INVOLVEMENT W/GANG OR SRG |
| 01/22/2023 | ASSAULT STAFF W/WEAPON |

**Privacy Policy    Disclaimer    Contact Us    Help Using This Site**
**© 2012 North Carolina Department Of Adult Correction. All rights reserved.**