# EXHIBIT 1-D

OPUS Information



## Offender Information Screen

| Hide Side Menu Buttons | Back To Search Screen | Print | Refresh Screen |

**Show All**

**Go to:**

- General
- Address History
- Alias Names
- AOC Alerts
- Appointments
- Arrest History
- Certificates
- CM Assess/Plans
- CommunityService
- Control
- Custody
- DCC Case Review

**[Disciplinary]**

- DOP Risk Assess
- Drug Tests
- Family History
- Gain/Loss
- Incarceration
- Incidents
- Inmate Movement
- Intake Tasks
- Investigations
- Jobs
- Obligations
- Other IDs
- Pending Reviews
- Programs
- Referrals
- Relative/Refer.
- Release Plans
- ReleaseChecklist
- Release Date (OT50)
- Sanctions
- Scars/Marks
- Sentences
- Substance Abuse
- Test Scores
- Transfer History
- Violations
- Work Skills
- Show All

**DOC Number:** 1066328   **Status:** ACTIVE INMATE   **DNA Test:** DOJ RECEIVED
**Name:** BROOKS, DARIUS T.   **Birth Date:** ▮▮▮▮
**SID:** NC1262961A   **FBI#:** 584875EC4   **SSN:** ▮▮▮▮

**Active Inmate Specific Information**   **# Infractions:** 3 (01/22/2023)   **Crime Type:** FELON
**Custody:** CLOSE **Nxt Rev:**   **Cur. Loc:** 3730 - MARION CI   **Bed:** DU1N-015
**Convicted:** 12/14/2022   **Admitted:** 12/20/2022   **SPL:** L1
**Sp. Char:** REGULAR   **Control:** REGULAR POPULATION **Nxt Rev:**
**Projected Release Date:** 09/25/2032   **Case Manager:** SURRATT, BECKY RENEE
**Activity:** RDU PHASE 1   **Crime:** MANSLAUGHTER (PRINCIPAL)
**Last Movement:** RECEIVED FROM MAURY C.I. **On:** 08/02/2024
**Reason:** RDU PROGRAM   **PC Analyst:** PAYNE, SCOTT

**SRG:** THREAT LEVEL 3

**Victim:** No   **Detain/PC:** Yes
**Alerts:** Yes   **Escapes:** No
**Writs:** No   **Warrants:** No
**SBM:** No   **Conflicts:** Yes

| Disciplinaries Summary Report |

### Offender's Disciplinary Infractions History

○ All ○ Current ○ Selected ● Clear

| Date/Time/ Seq.# | Process Status | Violation | Verdict | Actv Susp | Demotion | DSEG Time | |
|---|---|---|---|---|---|---|---|
| **Current Incarceration Period** | | | | | | | |
| 01/22/2023 07:23 1 | FINALIZED | A03 - ASSAULT STAFF W/WEAPON<br>A14 - INVOLVEMENT W/GANG OR SRG<br>B25 - DISOBEY ORDER | 2 - UPHELD SANCTIONS<br>2 - UPHELD SANCTIONS<br>2 - UPHELD SANCTIONS | | | 10<br>10<br>10 | ☐ |
| **Previous Incarceration Period(s)** | | | | | | | |
| 04/20/2014 12:36 1 | FINALIZED | B03 - LOCK TAMPERING<br>C03 - DISOBEY ORDER | 2 - GUILTY<br>2 - GUILTY | | | 30<br>15 | ☐ |
| 02/24/2014 15:00 2 | FINALIZED | C99 - ATTEMPT CLASS C OFFENSE | 2 - UPHELD SANCTIONS | | | 30 | ☐ |
| 02/24/2014 15:00 1 | REINVEST. | C11 - MISUSE/UNAUTH-USE PHONE/MAIL | 5 - RE-INVESTIGATE | | | | ☐ |
| 10/03/2013 20:47 1 | FINALIZED | A04 - ASSAULT PERSON W/WEAPON<br>A14 - INVOLVEMENT W/GANG OR SRG | 2 - UPHELD SANCTIONS<br>2 - UPHELD SANCTIONS | | | 60 | ☐ |
| 09/26/2013 17:22 1 | FINALIZED | D14 - FAKE ILLNESS | 2 - GUILTY | | | | ☐ |
| 09/15/2013 21:50 1 | DISMISSED | C03 - DISOBEY ORDER | 1 - DISMISSED | | | | ☐ |
| 08/14/2013 18:42 1 | FINALIZED | A12 - SUBSTANCE POSSESSION | 2 - GUILTY | | | 45 | ☐ |
| 06/25/2013 18:23 1 | FINALIZED | C03 - DISOBEY ORDER | 3 - DISMISS CHARGE/SANCTIONS | Y | | 30 | ☐ |
| 06/25/2013 08:20 1 | FINALIZED | D12 - UNKEMPT ROOM | 2 - GUILTY | | | | ☐ |
| 05/07/2013 20:30 2 | FINALIZED | B01 - WEAPON POSSESSION | 2 - GUILTY | N | | 30 | ☐ |
| 05/07/2013 20:30 1 | REINVEST. | B01 - WEAPON POSSESSION | 5 - RE-INVESTIGATE | | | | ☐ |
| 07/30/2012 20:14 1 | FINALIZED | B03 - LOCK TAMPERING<br>C02 - PROFANE LANGUAGE | 2 - GUILTY<br>2 - GUILTY | | | 30<br>15 | ☐ |
| 02/22/2012 21:00 1 | FINALIZED | A04 - ASSAULT PERSON W/WEAPON<br>A14 - INVOLVEMENT W/GANG OR SRG | 2 - GUILTY<br>2 - GUILTY | Y | | 30<br>30 | ☐ |
| 02/07/2012 22:30 1 | FINALIZED | B10 - HIGH RISK ACT<br>D01 - UNAUTHORIZED LOCATION | 2 - GUILTY<br>2 - GUILTY | | | 30<br>15 | ☐ |

| Back To Search Screen |

,,,.©2025North Carolina Department of Adult Correction,,. ,All rights reserved.,,,,

,,,,Revision: 1.28