**EXHIBIT 1-E**                                                   **Page 1 of 33**

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION

## Incident Report                                                    January 13, 2025 14:12

| | |
|---|---|
| **Incident No:** 3980-23-25 | **Incident Time:** 01/22/23 07:23 AM |
| **Facility:** GRANVILLE CI | **Reported By:** HOWARD, TRENT D. |
| **Investigating Officer:** HICKS, BRIAN M. | **Reported By Time:** 01/22/23 11:09 AM |
| **SRG Related:** No | **Status:** REG DIR APPROVED |

**Law Enforcement:** LAW ENFORCEMENT CONTACTED/DID NOT RESPOND

| Seq | Event Type | Time | Location |
|---|---|---|---|
| 10 | Assault | 01/22/23 07:23 AM | DINING HALL |
| 20 | Use Of Force Unanticipated | 01/22/23 07:23 AM | DINING HALL |
| 30 | Injury | 01/22/23 07:23 AM | DINING HALL DINING HALL |

### Investigator Comments

\*\* Summary Of Events From 01/22/2023 At Approximately 07:20

I have received a written statement from Officer Trent Howard who states on 01/22/2023 at approximately 07:20 while assisting in the dining hall he gave Offenders Darius Brooks #1066328 and Phillip Miles #1582549 multiple directives to get up from the table and put their breakfast trays away. Both offenders refused all directives given. Officer T. Howard gave both offenders one last directive to get up because another pod was coming in and had to sit where they were sitting. Both offenders got up and begin cursing at Officer T. Howard by stating " Fuck you and get out of my face". Both offenders then got up and started to approach the personal space of Officer T. Howard. Officer T. Howard gave both offenders multiple directives to back and give him some space. Both offenders refused and continued to get closer especially Offender P. Miles. Offender D. Miles then struck Officer T. Howard in the chest with his elbow. Officer T. Howard pushed Offender P. Miles away to create distance and allow him to retreat. Offender D. Brooks then begin to assault Officer T. Howard by striking him in the facial area with closed fists. As Officer T. Howard was attempting to gain control of Offender D. Brooks, Offender P. Miles begin to strike Officer T. Howard with closed fists to the facial area multiple times. Officer T. Howard and both offenders fall to the floor while both offenders continue to strike Officer T. Howard. Officer T. Howard regains his footing and attempts to secure both offenders legs in an attempt to stop both offenders from assaulting him with their feet. Once both offenders were on the floor one of the offenders attempted to place Officer T. Howard in a choke hold. Officer T. Howard stated he panicked begin to strike both offenders in an attempt to get them off of him aiming for any available pressure point. Staff then assisted with restraining and removing both offenders while Officer T. Howard removed himself from the area.

Case 5:24-ct-03007-BO     Document 66-6     Filed 08/05/26     Page 1 of 33

**EXHIBIT 1-E**                              **Page 2 of 33**

Incident No: 3980-23-25                              Incident Time:  01/22/23 07:23 AM

**Investigator Comments**

I have received a written statement from Sergeant Tencianah Jones who states on 01/22/2023 while assigned to security sergeant at approximately 07:20 she was conducting breakfast feeding when she called a Code 7 after observing Offenders D. Brooks and P. Miles strike Officer T. Howard in the facial area. Officers Howard, Kingsberry and Ahemn was on the floor with both offenders. Both were refusing to comply with directives and it was then Sergeant T. Jones struck both Offenders D. Brooks and P. Miles with her taser. Both offenders stopped striking Officer T. Howard. Officer D. Ahemn gave Offender P. Miles several directives to face the floor to be placed in handcuffs. Offender P. Miles refused to comply and it was then Sergeant T. Jones arced the taser and he complied.

I have received a written statement from Officer Elainea Kingsberry who states on 01/22/2023 at approximately 07:20 Officer E. Kingsberry reported that she observed Offenders D. Brooks and P. Miles assaulting Officer T. Howard. Officer E. Kingsberry calls a Code 7. Officer E. Kingsberry draws her state issued expandable baton to assist Officer T. Howard. Officer E. Kingsberry then slips on the floor but continues to strike Offender D. Brooks on the arm while getting to her feet and until Sergeant T. Jones deployed her taser. Officer E. Kingsberry then assisted Officer T. Howard to his feet. Offender D. Brooks then complies with directives and is restrained by Officer E. Kingsberry and escorted to medical.

I have received a written statement from Officer Dhima Ahemn who states on 01/22/2023 at approximately 07:25 she observed Offenders P. Miles and D. Brooks in the personal space of Officer T. Howard. Both offenders were given multiple directives to get up and dump their trays but refused and started cursing at staff. Officer T. Howard extends his arms to create distance and both offenders strike Officer T. Howard with closed fists. Officer D. Ahemn draws her baton but slips on milk causing her to land on the floor. Officer D. Ahemn continues to use her baton to separate both offenders and Officer T. Howard. Sergeant T. Jones then comes to assist by deploying her taster striking her both offenders. As Officer D. Ahemn was handcuffing Offender P. Miles he was still non-compliant and it was then Sergeant T. Jones arced her taser. Staff then came to assist and remove both offenders from the dining hall and escort them to medical.

I have received a written statement from Officer Luis Vargas who states on 01/22/2023 at approximately 07:25 he responded to a Code 7 in the dining hall. He assisted staff in escorting Offender P. Miles to medical. Once placed in the holding cell in medical Offender P. Miles attempted to assault staff by spitting in their direction. Officer L. Vargas then administered two short bursts of OC Pepper Spray to the facial area of Offender P. Miles. Offender D. Brooks who was in the other holding cell stated that his restraints were too tight. Staff entered the holding cell to loosen them up. As staff entered the holding cell Offender D. Brooks

Case 5:24-ct-03007-BO    Document 66-6    Filed 08/05/26    Page 2 of 33

**EXHIBIT 1-E** Page 3 of 33

Incident No: 3980-23-25                                       Incident Time: 01/22/23 07:23 AM

**Investigator Comments**

became very combative and started jerking away from staff. Offender D. Brooks was then placed to the floor and Officer L. Vargas also administered OC Pepper Spray to the facial area of Offender D. Brooks.

I have received a written statement from Officer Nigel Wilson who states on 01/22/2023 at approximately 07:25 he responded to a Code 7 in the dining hall and assisted with escorting Offender P. Miles to medical. Upon entering the medical holding cell Offender P. Miles became very combative refusing directives to calm down and attempted to spit on staff. Offender P. Miles was placed on the floor due to his actions. Offender D. Brooks who was in the other holding cell started to complain about his cuffs being too tight. As staff attempted to loosen the cuffs Offender D. Brooks started pulling away from staff and was placed on the floor to gain control.

I have received a written statement from Sergeant Terrance Johnson who states on 01/22/2023 at approximately 07:24 he responded to a Code 7 in the chow hall. Sergeant T. Johnson states that he assisted staff with escorting Offender P. Miles to main medical. Offender P. Miles refused directives to walk and it was then staff carried Offender P. Miles up to medical. Once placed in the holding cell Offender P. Miles refused all directives to calm down and attempted to spit on staff. Offender P. Miles was then placed on the floor and given another directive to stop his actions but refused and OC Pepper Spray was used. Offender D. Brooks who was in the other holding cell stated to staff " loosen my fucking cuffs". Staff attempted to loosen the cuffs as Sergeant T. Johnson advised Offender D. Brooks to calm down. Offender D. Brooks refused to calm down and was placed on the floor. Offender D. Brooks refused all directives and it was then OC Pepper Spray was used.

I have received a written statement from Officer Austin Pearce who states on 01/22/2023 Offender D. Brooks was in the holding cell in medical yelling loosen my fucking cuffs. At this time Officer A. Pearce and staff entered the cell to loosen the cuffs and Offender D. Brooks started jerking his hands and became very combative. Offender D. Brooks was then placed on the floor and while on the floor he continued to be combative and refusing to comply with directives. OC Pepper Spray was used.

I have received a written statement from Sergeant Vashawn Bridges who states on 01/22/2023 at approximately 08;15 he decontaminated Offender D. Brooks and placed him back in the holding cell.

I have received a written statement from Sergeant Vashawn Bridges who states on 01/22/2023 at approximately 08;20 he decontaminated Offender D. Brooks and placed him back in the holding cell.

Incident No: 3980-23-25           Incident Time: 01/22/23 07:23 AM

**Investigator Comments**

I have received a written statement from Offender Phillip Miles #1582549 who states I just had oral surgery 4-5 days ago before this situation. He asked to me to get up and I did with my try and cup in hand. While I was walking he said when I say move that means move. I looked at him. He said get out of here and pushed me with my tray and cup in hand. I' m not responsible for what someone else done. I did not start physical contact first.

** Let it be noted Officer T. Howard is seen standing by the table on video appearing to give multiple directives to both offenders to get up from the table. As Offender P. Miles gets up from the table he continues to approach the personal space of Officer T. Howard and then strikes Officer T. Howard in the chest which requires Officer T. Howard to push Offender P. Miles away and create distance.

I have received a written statement from Offender Darius Brooks who states I was maced, tased and detained for an altercation with Officer T. Howard in the chow hall. Once I was detained I was escorted to medical with hands behind my back cuffed. I was locked in a room. About 30 minutes to an hour later at least three to four officers came in a jumped on me and busted my nose, lip and eye.

*8 Let it be noted this investigating officer asked Offender D. Brooks to identify these officers but Offender D. Brooks refused to do so.

** It also should be noted that all staff who assisted in the escort of these two offenders stated that hands on physical force placing both Offenders P. Miles and D. Brooks on the floor and OC Pepper Spray were used in the medical to gain compliance of these offenders.

Based on the evidence gathered and staff statements along with video review my findings are as follows; Officers T. Howard, E. Kingsberry and D. Ahemn along with Sergeant T. Jones are in the chow hall monitoring first feeding. Officer T. Howard is observed standing by the table of Offenders P. Miles and D. Brooks appearing to be given them directives to get up but both refused. As both offenders get up they approach the personal space of Officer T. Howard and Offender P. Miles strikes Officer t. Howard in the chest with his elbow. Officer T. Howard pushes Offender P. Miles away to create distance and it was then both Offenders P. Miles and D. Brooks start to strike Officer T. Howard with closed fists in the facial area. Both Officers E. Kingsberry and D. Ahem attempt to respond by using their batons but slip and fall in the process. Once on the floor one of the offenders attempted to get Officer T. Howard in a choke hold which required Officer T. Howard to strike any and all available pressure points on both offenders in order to create distance and escape. Sergeant T. Jones also had to use her taser in this incident. Both offenders were

Case 5:24-ct-03007-BO     Document 66-6     Filed 08/05/26     Page 4 of 33

**EXHIBIT 1-E**                                    **Page 5 of 33**

Incident No: 3980-23-25                        Incident Time: 01/22/23 07:23 AM

**Investigator Comments**

restrained and escorted to medical where they continued to be disruptive and non-compliant which required hands on physical force and OC Pepper Spray to be used.

\*\* Color pictures are attached for review

\*\* Video is attached for review

\*\* HR201 and HR203 available for review of all staff

\*\* Disciplinary action was taken against both offenders

\*\* Taser report is attached for review

\*\* Outside criminal charges are being perused against both offenders

**EXHIBIT 1-E**                                    **Page 6 of 33**

Incident No: 3980-23-25                          Incident Time: 01/22/23 07:23 AM

| | | Participants | |
|---|---|---|---|
| **Name** | **Type** | **Title** | **Additional Information** |
| BROOKS, DARIUS (1066328) | OFFENDER | | Use of Force by AHEMN, DNIMA B at 07:23 AM<br>Use of Force by GUADALUPE, LUIS ANGEL VARGUS at 07:23 AM<br>Use of Force by HOWARD, TRENT D. at 07:23 AM<br>Use of Force by JONES, TENCIANAH T. at 07:23 AM<br>Use of Force by KINGSBERRY, ELAINEA B. at 07:23 AM |
| STG Inmate | | | |
| MILES, PHILLIP (1582549) | OFFENDER | | Use of Force by AHEMN, DNIMA B at 07:23 AM<br>Use of Force by HOWARD, TRENT D. at 07:23 AM<br>Use of Force by JOHNSON, TERRANCE M. at 07:23 AM<br>Use of Force by WILSON, NIGEL G at 07:23 AM |
| STG Inmate | | | |
| AHEMN, DNIMA B (ADB06) | STAFF | CORR OFFICER III | Use of Force on BROOKS, DARIUS at 07:23 AM<br>Use of Force on MILES, PHILLIP at 07:23 AM<br>Participant was Injured |
| BRIDGES, VASHAWN S. (BVS06) | STAFF | CORR SERGEANT II | |
| COLLINS, YVONNE P (CYP02) | STAFF | CHARGE NURSE | |
| GUADALUPE, LUIS ANGEL VARGUS (GLA34) | STAFF | CORR OFFICER III | Use of Force on BROOKS, DARIUS at 07:23 AM |
| HOWARD, TRENT D. (HTD40) | STAFF | CORR SERGEANT II | Use of Force on BROOKS, DARIUS at 07:23 AM<br>Use of Force on MILES, PHILLIP at 07:23 AM<br>Participant was Assaulted<br>Participant was Injured |
| JOHNSON, TERRANCE M. (JTM14) | STAFF | CORR SERGEANT II | Use of Force on MILES, PHILLIP at 07:23 AM |
| JONES, TENCIANAH T. (JTT07) | STAFF | CORR SERGEANT II | Use of Force on BROOKS, DARIUS at 07:23 AM |
| KINGSBERRY, ELAINEA B. (KEB04) | STAFF | CORRECTIONAL CASE MANAGER | Use of Force on BROOKS, DARIUS at 07:23 AM<br>Participant was Injured |
| PARKER, ASHLEY E (PAE12) | STAFF | PROFESSIONAL NURSE | |
| PEARCE, AUSTIN R (PAR18) | STAFF | CORR OFFICER I | |
| WILSON, NIGEL G (WNG02) | STAFF | CORR OFFICER III | Use of Force on MILES, PHILLIP at 07:23 AM |

**EXHIBIT 1-E**                                            **Page 7 of 33**

Incident No: 3980-23-25                                    Incident Time: 01/22/23 07:23 AM

| Use of Force | | | | | |
|---|---|---|---|---|---|
| **Staff / Role** | **Force Type** | **Inmate** | **Anticipated** | **Location** | **Time** |
| AHEMN, DNIMA B(ADB06) INITIAL PARTICIPANT | BATON | BROOKS, DARIUS (1066328) | N | DINING HALL | 01/22/23 07:23 AM |
| AHEMN, DNIMA B(ADB06) INITIAL PARTICIPANT | 1) HANDS ON PHYSICAL FORCE 2) MECHANICAL RESTRAINTS | MILES, PHILLIP (1582549) | N | DINING HALL | 01/22/23 07:23 AM |
| GUADALUPE, LUIS ANGEL VARGUS(GLA34) INITIAL PARTICIPANT | 1) MECHANICAL RESTRAINTS 2) PEPPER SPRAY | BROOKS, DARIUS (1066328) | N | DINING HALL | 01/22/23 07:23 AM |
| HOWARD, TRENT D.(HTD40) INITIAL PARTICIPANT | 1) HANDS ON PHYSICAL FORCE 2) MECHANICAL RESTRAINTS | BROOKS, DARIUS (1066328) | N | DINING HALL | 01/22/23 07:23 AM |
| HOWARD, TRENT D.(HTD40) INITIAL PARTICIPANT | 1) HANDS ON PHYSICAL FORCE 2) MECHANICAL RESTRAINTS | MILES, PHILLIP (1582549) | N | DINING HALL | 01/22/23 07:23 AM |
| JOHNSON, TERRANCE M.(JTM14) INITIAL PARTICIPANT | 1) HANDS ON PHYSICAL FORCE 2) MECHANICAL RESTRAINTS | MILES, PHILLIP (1582549) | N | DINING HALL | 01/22/23 07:23 AM |
| JONES, TENCIANAH T.(JTT07) INITIAL PARTICIPANT | CONTROLLED ELECTRONIC WEAPON | BROOKS, DARIUS (1066328) | N | DINING HALL | 01/22/23 07:23 AM |
| KINGSBERRY, ELAINEA B.(KEB04) INITIAL PARTICIPANT | 1) HANDS ON PHYSICAL FORCE 2) BATON 3) MECHANICAL RESTRAINTS | BROOKS, DARIUS (1066328) | N | DINING HALL DINING HALL | 01/22/23 07:23 AM |
| WILSON, NIGEL G(WNG02) INITIAL PARTICIPANT | 1) HANDS ON PHYSICAL FORCE 2) MECHANICAL RESTRAINTS | MILES, PHILLIP (1582549) | N | DINING HALL | 01/22/23 07:23 AM |

| Notifications | | |
|---|---|---|
| **Notification** | **Who was Notified** | **Date / Time** |
| OFFICER IN CHARGE ( 13 ) | CAPTAIN D. SATTERWHITE | 01/22/23 07:30 AM |

**EXHIBIT 1-E**                                    **Page 8 of 33**

Incident No: 3980-23-25                              Incident Time: 01/22/23 07:23 AM

| Medical Comments |
|---|

** Summary Of Medical Statement From Nurse Ashley Parkker

I have received a written statement from Nurse Ashley Parker in who states on 01/22/2023 at approximately 09:05 Offender Phillip Miles #1582549 was brough to medical by custody staff for a use of force/ restrictive housing screening. This screening was requested by custody. Offender P. Miles denies thoughts of harming himself or others. There were no medical issues in chart. Offender P. Miles reports a history of a heart murmur. Normal cardiovascular assessment. Reports pain to left shoulder and face. Shoulder is not red nor swollen and is able to move it. Some facial swelling to upper lip on right side. 1 cm. cut to inner bottom lip. 3 taser entrance point wounds present to left lower back. Ambulating and speaking without apparent difficulty. Alert and oriented to time, person and place. No apparent distress. Cleansed taster wounds with normal caline, applied antibiotic ointment. Nurse will supply ice packs for swelling and shoulder pain. Will supply ibuprofen per protocol for pain. Scheduled to see provider. Released to custody for restrictive housing placement in stable condition.

I have received a written statement from Nurse Ashley Parker who states on 01/22/2023 at approximately 08:44 Offender Darius Brooks #1066328 was brought to medical for a use of force screening per custody request. Offender D. Brooks reported pain to right shoulder and face. Swelling present to upper lip. Small laceration present to inner upper lip. Swelling present to left eye lid. 2 taser 1 cm wounds to left lower abdomen. Treated per protocol. Wounds cleansed and antibiotic ointment applied. Tetanus shot given. Scheduled to see provider. No other issues noted and Offender D. Brooks was cleared for restrictive housing placement in stable condition.

** Summary Of Medical Statement From Yvonne Collins in regard to the injuries noted from Officer D. Ahemn

I have received a written statement from Nurse Y. Collins who states on 01/22/2023 at approximately 16:30 Officer D. Ahemen was screened in medical for injury to her right ankle after a Code 7 at approximately 07:23. No swelling was noted but complained of pain. Officer Ahemen was encouraged to apply ice and take pain medication such as Tylenol. No treatment needed.

** Summary Of Medical Statement From Nurse Ashley Parker In Regard To The Injuries Sustained From Officer E. Kingsberry

**EXHIBIT 1-E**　　　　　　　　　　　　　　　　　　**Page 9 of 33**

Incident No: 3980-23-25　　　　　　　　　　　　　　Incident Time: 01/22/23 07:23 AM

### Medical Comments

I have received a written statement from Nurse Ashley Parker who states Officer E. Kingsberry came to medical on 11/22/2023 at approximately 09;00 reporting that " when I was responding I twisted it referring to the left knee somehow and now its hurting and burning on the inside. Officer E. Kingsberry's left knee shows no visible signs of swelling or redness. Officer E. Kingsberry is limping on assessment and reports pain. Nurse advised her to see a physician and stated she was leaving work to do so.

** Summary Of Medical Statement From Nurse Ashely Parker In Regard To The Injuries Sustained By Officer T. Howard.

I have received a written statement from Nurse Ashley Parker who states on 01/22/2023 at approximately 10:38 A.M. Officer T. Howard came to clinic for medical assessment. Officer T. Howard stated to medical staff that he got a punched a few times and slipped on the floor. Officer T. Howard was walking with no other visible injuries noted other than the left eye. Left eye has swelling around the eye. No redness to area around the eye or sclera. Denies any blurry vision. Pupils equal, round and reactive to light and accommodation. Ice was already applied on entering clinic. Both eyes able to track without difficulty. Also reports left knee pain, states " I hurt it in a car accident, so I have a brace but I did tweak it today. Reports during the incident knee pain worsened. Ambulating reports it feels like discomfort. Mild swelling present to left knee, no redness. Officer T. Howard reports he will see a provider and is not staying at work today.

### Reviewing Authority Comments

I FIND THAT THE FORCE USED (HANDS ON, BATON, TASER, OC PEPPER SPRAY) WAS MINIMAL AND NECESSARY TO STOP THE OFFENDERS ASSAULTIVE BEHAVIOR. OFFENDERS BROOKS AND MILES ASSAULTED OFFICER HOWARD WHILE IN THE DINING HALL, THEY BECAME UPSET, DUE TO OFFICER HOWARD ORDERING THEM TO PICK UP THERE TRAYS AND EXIT THE DINING HALL. OFFICERS HOWARD AND AHEMN HAS SINCE CAME BACK TO WORK OFFICER KINGSBERRY IS STILL OUT AS OF 1-30-23 DUE TO HER INJURY. BOTH OFFENDERS WERE CHARGED WITH A B25, A03, A14 FOR THIS INCIDENT.

**EXHIBIT 1-E**                                    **Page 10 of 33**

Incident No: 3980-23-25                                    Incident Time: 01/22/23 07:23 AM

## Facility Approver Comments

After reviewing the investigatory summary submitted by the investigating officer pertaining to this incident 23-25, this office concurs with the findings. Offender Brooks, Darius 1066328 and Offender Miles, Phillip 1582549 Assaulted Officer Howard by striking him in his facial area and the upper torso with a closed fist several times. The offenders action resulted force being administered (Hands on physical, OC Pepper spray, Baton, CEW) to prevent any further assault on staff during this incident, and to bring this incident under control. The force used appears to be minimal and necessary to achieve the corrective objective. Also, to ensure compliance with a lawful order and was carried out in a manner that prevented injury to all involved. To bring the Offender as well as this incident under control. Officer Howard, Officer Kingsbury, and Officer Ahemn received injuries from this incident and was medical screened by GCI staff and sent to local hospital for treatment. Offender screened by GCI medical staff and received minor scrapes, injuries during this incident. Staff were made aware of the proper procedures for filing criminal charges on the offender. Offender has pending disciplinary action for his assaultive behavior during this incident. The investigation officer could not find any evidence to substantiate the offenders allegation made.

## Regional Director Comments

Appropriate action was taken, and applicable procedures were followed.

*******************Stacey O'Neal, OPS Manager / 02-14-23*****************

| | | |
|---|---|---|
| **Reviewing Auth:** SATTERWHITE, DONALD | INVEST COMPLETE | 01/30/23 |
| **Superintendent:** COOPER, BILLY 0. | CONSULTATION | 01/31/23 |
| **Regional Director:** ONEAL, STACEY | REG DIR APPROVED | 02/14/23 |

# EXHIBIT 1-E                    Page 11 of 33

Incident Management System
Incident Tab - Pictures/Files

3730 - MARION CI

**NORTH CAROLINA**

Contraband    Incident    Reports    Logout (servlet?ACTION=LOGOUT)

Incident Report

| Selected Incident | |
|---|---|
| Incident Number: | 3980-23-25 |
| Incident Date/Time: | 01/22/23 07:23 AM |

**O Exit**

Attachment Report

Check All
Clear All

Comment

Signature



**Central Region Preliminary Report of Incident**

**Facility:** Granville Correctional Institution

**Incident Date & Time:** 01-23-23 0723 hours

**Incident Type:** Code 7 Staff Assault

**Incident Location:** Dinning Hall

**Video footage:** C15, C16, C17,

**Staff Involved:** Ofc. T. Howard, Ofc. K. Kingsberry, Ofc. D. Ahemn, Sgt. T. Jones

**Offenders Involved:** Darius Brooks #1066328, Phillip Miles # 1582549

**Offenders Injury:**
Yes

**Staff injuries:** Yes

**EMS Activated:** N/A

**Law Enforcement Contacted:** Charges will be taken out

**Summary of Incident:** On 1-22-23 at approx. 0723 hours Officer T. Howard was assisting with breakfast feeding in the dining hall. He instructed both Offenders Brooks and Miles it was time to finish up and exit the dining hall. At that time both Offenders got up and started cursing at Officer Howard and stepped towards him, Officer Howard ordered them to step back they refused and he pushed them back. At that time both Offenders started punching Officer Howard in his facial area, Officer Howard returned punches and took both of the Offenders to the ground. Officer Kingsberry and Ahemn used batons and Sgt. T. Jones used her Taser then both Offenders complied and stop their assautive behavior. Both Offenders were escorted to medical and screened. Officer Howard will be screened and will be sent to be checked out by Outside Medical.

23·25

Exit Incident Management System

**EXHIBIT 1-E**                    **Page 12 of 33**

DC-138B
Rev. 2/08

## STATEMENT BY WITNESS

Staff ☐ Inmate ☐ Other ☐ Name: Trent Howard                NCDOC: (Inmate Only)_____

Position or Title of Witness: (Staff Only- Include Staff ID) correction officer HT040

Name and OPUS Number of Accused Inmate(s): Darius Brooks (1066328) Phillip Miles (1582549)

Name of Person Obtaining statement: Lt. B Hicks

Date: 1-24-2023                    Time: 1215

### FOR ACCUSED INMATE USE ONLY:

I Request written statements be gathered in my behalf: ☐ Yes ☐ No. If yes, list names: _____

_____

I request live witness(es) be present at my hearing: ☐ Yes ☐ No. If yes, list names: _____

_____

I request physical evidence be reviewed at my hearing: ☐ Yes ☐ No

I request staff assistance at my hearing: ☐ Yes ☐ No          Inmate Initials _____

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

On 1/22/23 I officer T. Howard was assisting in the Dinning Hall. At approximately 0720 hr I gave offenders Darius Brook (1066328) / Phillip Miles (1582549) Multiple Directices to get up from the table and put their Breakfast tray away. they refesed all directices given. I gave them one last directive to get up because another pod was coming in the dinning hall and had to sit where they were sitting Both offenders got up and Began cussing at me. Both offenders stated "Fuck you and get out my face in a hostile manner" They then approached me in a hostile manner I gave them Multiple Directices to Back up and give me some space

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____          Date 1/22/23 Time 7000

DC-138B
Rev. 2/08

## STATEMENT BY WITNESS

Staff ☐ Inmate ☐ Other ☐ Name: Trent Howard     NCDOC: (Inmate Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) Correctional officer 1470140

Name and OPUS Number of Accused Inmate(s): Darives Brooks (1066328) Philip Miles (1582547)

Name of Person Obtaining statement: Lt B Hicks

Date: 1-24-2023        Time: 1215

---

### FOR ACCUSED INMATE USE ONLY:

I Request written statements be gathered in my behalf: ☐ Yes    ☐ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes    ☐ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☐ Yes    ☐ No

I request staff assistance at my hearing: ☐ Yes   ☐ No         Inmate Initials _____

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

Everytime I told them to back up they proceeded to get closer to me especially inmate Miles. Once I noticed the offenders were to close to me, offender Miles Had struck me in my chest with his elbow. I created space by pushing inmate Miles away from me. I officer Howard attempted to retreat but before I could offender Brooks began to assault me by striking me in my face with closed fist. Then I attempted to try and gain control of inmate Brooks when offender Miles began to strike me with close fist to my face as well multiple times

---

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____     Date 1/22/23 Time 1000

**EXHIBIT 1-E**                    **Page 14 of 33**

DC-138B
Rev. 2/08

## STATEMENT BY WITNESS

Staff ☐ Inmate ☐ Other ☐ Name: Trent Hayart

NCDOC: (Inmate Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) Correctional officer HMDUP

Name and OPUS Number of Accused Inmate(s): Darius Brook (1066328) Philip Miles (1582544)

Name of Person Obtaining statement: Lt. B Hicks

Date: 1-24-2023                    Time: 12:15

---

**FOR ACCUSED INMATE USE ONLY:**

I Request written statements be gathered in my behalf: ☐ Yes  ☐ No. If yes, list names: _____

_____

I request live witness(es) be present at my hearing: ☐ Yes  ☐ No. If yes, list names: _____

_____

I request physical evidence be reviewed at my hearing: ☐ Yes  ☐ No

I request staff assistance at my hearing: ☐ Yes  ☐ No

Inmate Initials _____

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

In the struggle I fell to the floor the whole time I'm falling the offenders continued striking me. once I officer Howard regained my footing I then attempted to grab offenders legs to secure them and not give them a chance to assault me with their feet. I eventually got them both to the ground. once I got the offenders to the ground one of them attempted to place me in a cholic hold. I felt a set of arms go around my neck I panicked and began to strike offenders in an attempt to get them off of me aiming for any available pressure points.

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____                    Date 1/24/23 Time 1000

**EXHIBIT 1-E**      **Page 15 of 33**

DC-138B
Rev. 2/08

## STATEMENT BY WITNESS

Staff ☐ Inmate ☐ Other ☐ Name: Trent Howard    NCDOC: (Inmate Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) Correctional officer 1471240

Name and OPUS Number of Accused Inmate(s): Darius Brooks (1066328) Philip Miles (1582544)

Name of Person Obtaining statement: Lt. B Hicks

Date: 1-24-2023      Time: 1215

**FOR ACCUSED INMATE USE ONLY:**

I Request written statements be gathered in my behalf: ☐ Yes ☐ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes ☐ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☐ Yes ☐ No

I request staff assistance at my hearing: ☐ Yes ☐ No      Inmate Initials _____

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

Once I realised staff come and assisted and had the offenders under control I immediately stepped away from the situation any did not have any more contacts with the offenders

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____      Date 1/24/23 Time 1000

**EXHIBIT 1-E**                    **Page 16 of 33**

DC-138B
Rev. 2/08

## STATEMENT BY WITNESS

Staff ☑  Inmate ☐  Other ☐  Name: Tencianah Jones _____ NCDOC: (Inmate Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) Correctional Sergeant II JTT07 _____

Name and OPUS Number of Accused Inmate(s): Darius Brooks 1066328  Phillip Miles 1582549 _____

Name of Person Obtaining statement: _Lt. B Hicks_

Date: _1-24-2023_                           Time: _1220_

---

**FOR ACCUSED INMATE USE ONLY:**

I Request written statements be gathered in my behalf: ☐ Yes   ☐ No. If yes, list names: _____

_____

I request live witness(es) be present at my hearing: ☐ Yes   ☐ No. If yes, list names: _____

_____

I request physical evidence be reviewed at my hearing: ☐ Yes   ☐ No

I request staff assistance at my hearing: ☐ Yes   ☐ No

Inmate Initials _____

---

(Note:  This statement must give a factual account of the events witnessed.  Of particular importance is information as to what was observed, where and when it occurred,  who was involved,  names of other witnesses to the event,  and if possible, any factual information relative to possible reasons for the misconduct. )

On 1/22/23 I Sgt. T. Jones was assigned to Security Sergeant. At approximately 0720 hours while conducting breakfast feeding in inmate dining hall I called Code 7 inmate dining hall. Offender Darius Brooks 1066328 and Phillip Miles 1582549 striking officer T. Howard in the facial area. Officer Howard, Officer Kingsberry and Officer Ahemn was on the floor with both offenders. Both offenders refusing to comply to the officers directives. At which time I struck offender Brooks and offender Miles with my taser. Both offenders at that time stop striking Officer Howard. However, Officer Ahemn gave offender Miles several directives to face the floor to be placed in handcuffs.

Offender refused to comply. At which time I arc the taser on offender Miles. He then complied. OIC was notified.

(Statement may be continued on an attached sheet.)

---

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____           Date 1/22/23  Time 0900

**EXHIBIT 1-E**                    **Page 17 of 33**

DC-138B
Rev. 2/08

## STATEMENT BY WITNESS

Staff ☑ Inmate ☐ Other ☐ Name: Elainea Kingsbery    NCDOC: (Inmate Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) Correction Officer II

Name and OPUS Number of Accused Inmate(s): Danus Brooks #1066328 Phillip Miles #1582549

Name of Person Obtaining statement: Lt B Hicks

Date: 1-24-2023                    Time: 1222

### FOR ACCUSED INMATE USE ONLY:

I Request written statements be gathered in my behalf: ☐ Yes    ☐ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes    ☐ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☐ Yes    ☐ No

I request staff assistance at my hearing: ☐ Yes    ☐ No

Inmate Initials _____

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

On January 22, 2023, at approximately 0720hrs. I (Officer Kingsbery) observed offenders Danus Brooks (#1066328) and Phillip Miles (#1582549) assaulting Officer T Howard. I then called "code 7 inmate dining hall" I drew my baton to assist officer Howard, at this time I slipped in a slippery substance and went down to the floor. I continued to strike offender Danus Brooks right arm while getting to my feet. I continued to strike offender Danus Brooks to gain compliance until Sgt. T Jones deployed her taser. I then assisted officer Howard getting to his feet. Once offender Danus Brooks abandoned his resistance, I (Officer Kingsbery) placed offender Brooks in handcuffs and escorted him to medical

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____    Date 1/22/23 Time 0855

**EXHIBIT 1-E**                    **Page 18 of 33**

DC-138B
Rev. 2/08

## STATEMENT BY WITNESS

Staff ☒ Inmate ☐ Other ☐ Name: Dnima Ahemn                NCDOC: (Inmate Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) Correctional Officer III - ADB0L6

Name and OPUS Number of Accused Inmate(s): Brook, Darius 1066323 | Miles, Phillip 1582549

Name of Person Obtaining statement: Lt. B Hicks

Date: 1-24-2022                        Time: 1232

### FOR ACCUSED INMATE USE ONLY:

I Request written statements be gathered in my behalf: ☐ Yes    ☐ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes    ☐ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☐ Yes    ☐ No

I request staff assistance at my hearing: ☐ Yes    ☐ No

Inmate Initials _____

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct. )

On January 22, 2023 at approximately 0725hrs I observed offender Miles, Phillip 1582549 and Brooks, Darius 1066323 in Officer Howard's personal space. Prior to this both offenders were given several directives to get up and dump there trays at which point they continously refused. Both offenders were non-compliant and began using curse words. Officer Howard extended his arms creating distance. Offender Miles and Brooks swung at Officer Howard with closed fist. I reacted by moving towards the altercation pulling my baton out. In the process I slipped on milk that was on the floor landing on floor. I continued to used my baton attempting to separate the offenders and Officer Howard. Sgt. Jones came to assist myself, Officer Howard, and Officer Kingsberry by deploying her taser striking both offenders. As I was handcuffing Offender Miles was still non-compliant with my directives on turning around at which point

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness: _____    Date 1/22/23 Time 1000am

**EXHIBIT 1-E**          **Page 19 of 33**

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☒ Offender ☐ Other ☐ Name: Anima Anemn          NCDPS: (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) Correctional Officer III - ADBO6

Name and OPUS Number of Accused Offender(s): _____

Name of Person obtaining statement: Lt B Hinks

Date: 1.24.2023          Time: 1232

---

**FOR ACCUSED OFFENDER USE ONLY:**

I request written statements be gathered in my behalf: ☐ Yes   ☐ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes   ☐ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☐ Yes   ☐ No

I request staff assistance at my hearing: ☐ Yes   ☐ No

Offender Initials _____

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

Sgt. Jones arced her taser another time. Staff came to assist and gcc in control of the situation. Once offenders were handcuffed they were escorted out of the dining hall up to medical.
- End of Statement.

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____   Date 1/22/23 Time 1000 am

**EXHIBIT 1-E**                     **Page 20 of 33**

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☑ Offender ☐ Other ☐ Name: L Vargas _____ NCDPS: (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) Correctional Officer III - GLA 34

Name and OPUS Number of Accused Offender(s): Phillip Miles -1582549 / Darius Brooks -1066328

Name of Person obtaining statement: Lt. B Hicks

Date: 1-24-2023 _____ Time: 1300

---

**FOR ACCUSED OFFENDER USE ONLY:**

I request written statements be gathered in my behalf: ☐ Yes   ☐ No. If yes, list names: _____
_____

I request live witness(es) be present at my hearing: ☐ Yes   ☐ No. If yes, list names: _____
_____

I request physical evidence be reviewed at my hearing: ☐ Yes   ☐ No

I request staff assistance at my hearing: ☐ Yes   ☐ No            Offender Initials _____

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

On 1-22-2023 I ofc L Varges was assigned to HCON. At approx. 0725 hrs I responded to a code 7 in the dining hall. I assisted staff in escorting offender Phillip Miles (1582549) to medical. Upon entering medical and placing the offender in a holding cell, offender Miles was still being combative and attempted to assault staff by spitting in our general direction in which I administered two short bursts of OC Pepper Spray to gain compliance. Then the other offender involved in the code 7 (Darius Brooks -1066328) who was in the other holding cell, stated that his restraints were too tight therefore I along with other staff entered his cell to loosen up his restraints. As we entered Brooks cell he was still being combative by jerking away from us and communicating threats which staff placed him in a flat surface and I administered two short bursts of OC Pepper Spray to gain the correctional objective. Offender Brooks were secured and no further use of force was used. OIC was notified.

(Statement may be continued on an attached sheet.)

---

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _L. J. Voyga_                    Date 1/22/23 Time 1738

**EXHIBIT 1-E**                    **Page 21 of 33**

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☑ Offender ☐ Other ☐ Name: _A Wilson_     NCDOC: (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) _Correctional officer II WNG07_

Name and OPUS Number of Accused Offender(s): _Phillip Miles #1582549 / Darius Brooks #1066328_

Name of Person Obtaining statement: _Lt B Hicks_

Date: _1-24-2023_     Time: _1305_

### FOR ACCUSED OFFENDER USE ONLY:

I Request written statements be gathered in my behalf: ☐ Yes   ☐ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes   ☐ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☐ Yes   ☐ No

I request staff assistance at my hearing: ☐ Yes   ☐ No     Offender Initials: _____

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

On 1-23-23 I officer Wilson responded to a code 7 at approximately 07:25 I officer Wilson assisted staff in escorting offender Phillip Miles from chow hall to Medical. upon entering Medical offender Miles became combative. Refusing directives to calm down and attempted to spit on staff. I officer Wilson assisted staff in placing offender Miles on a flat surface (the floor) to obtain a correctional objective. After I detained offender Miles, in the next holding cell was offender Darius Brooks, who was also involved in the code 7. offender Brooks was complaining about his cuffs being to tight. I officer Wilson assisted staff in attempting to loosen his cuffs and then offender Brooks started to pull away. I officer Wilson then placed the offender on a flat surface (the floor) to obtain my correctional objective

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _A Wilson_     Date _1-22-23_ Time _1748_

**EXHIBIT 1-E**        **Page 22 of 33**

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☑ Offender ☐ Other ☐ Name: Terrance Johnson     NCDPS: (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) Correctional Sergeant II JTM14

Name and OPUS Number of Accused Offender(s): Brooks, Darius 1066378 / Miles, Phillip 1582549

Name of Person obtaining statement: Lt. B Hicks

Date: 1-24-2023       Time: 1307

---

**FOR ACCUSED OFFENDER USE ONLY:**

I request written statements be gathered in my behalf: ☐ Yes   ☐ No. If yes, list names: _____

_____

I request live witness(es) be present at my hearing: ☐ Yes   ☐ No. If yes, list names: _____

_____

I request physical evidence be reviewed at my hearing: ☐ Yes   ☐ No

I request staff assistance at my hearing: ☐ Yes   ☐ No        Offender Initials _____

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

On 01/22/2023 at approximately 0724 hours a code 7 was called in the Chow Hall. I Sergeant Johnson responded to the Code 7 and assisted staff with escorting offender Miles, Phillip 1582549 to main medical. Offender Miles was refusing to comply to staff directives to walk. I sergeant Johnson assisted staff by caring offender Miles up to medical. Offender Miles was being combative by jerking and pulling from staff and stated to staff "All yall C.D.'s same bitches". Offender Miles was placed in the holding cell once in medical. Offender Miles was given a directive to stop resisting and attempted to spit on staff. Offender Miles was then placed on the flat surface of the floor, another directive was given to stop resisting, he refused. O.C. pepper spray was used to gain control of the offender. Offender Mile was left in Medical holding cell staff exited and no other force was used. Offender Brooks was in Medical holding cell stating "loosen my fucking

(Statement may be continued on an attached sheet.)

---

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _Terrance Johnson_     Date 1/22/23 Time 1800

**EXHIBIT 1-E**      **Page 23 of 33**

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☑ Offender ☐ Other ☐ Name: _Terrance Johnson_    NCDPS: (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) _Correctional Sergeant, II  JTM14_

Name and OPUS Number of Accused Offender(s): _Brooks, Darius 1066328/Miles, Phillip 1587549_

Name of Person obtaining statement: _Lt. B Hicks_

Date: _1-24-2023_      Time: _1307_

### FOR ACCUSED OFFENDER USE ONLY:

I request written statements be gathered in my behalf: ☐ Yes ☐ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes ☐ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☐ Yes ☐ No

I request staff assistance at my hearing: ☐ Yes ☐ No      Offender Initials _____

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

cuffs". I Sergeant Johnson assisted staff in attempting adjust offender Brooks restraints. I Sergeant Johnson told offender Brooks to calm down and that staff will check his restraints. Offender Brooks, Darius 1066328 was very agitated, staff went to check his restraints and that time offender Brooks jerk and staff placed him on the flat surface of the floor to gain control. I Sergeant Johnson gave offender Brooks several directives to stop resisting, he refused. O.C. pepper spray was used to gain control. Offender Brooks was left in medical holding cell. No other force was used.

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _Terrance Johnson_     Date _1/28/23_ Time _1800_

**EXHIBIT 1-E**                    **Page 24 of 33**

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☑ Offender ☐ Other ☐ Name: A. Pearce _____ NCDPS: (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) C/O II PARIS _____

Name and OPUS Number of Accused Offender(s): Brooks, Darius (1066328) _____

Name of Person obtaining statement: Lt. B Hicks _____

Date: 1-24-2023 _____ Time: 1400

---

**FOR ACCUSED OFFENDER USE ONLY:**

I request written statements be gathered in my behalf: ☐ Yes   ☐ No. If yes, list names: _____

_____

I request live witness(es) be present at my hearing: ☐ Yes   ☐ No. If yes, list names: _____

_____

I request physical evidence be reviewed at my hearing: ☐ Yes   ☐ No

I request staff assistance at my hearing: ☐ Yes   ☐ No          Offender Initials _____

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

On 1/22/23 at Approx. 0735 HR Inmate Brook's was in the medical holding cell yelling "Loosen my Fucking Cuffs!" "Yall better loosen my fucking cuffs!" at this Time myself and assisting staff entered the medical holding cell to inspect and adjust if need be. While inspecting the hand cuffs Imate brooks (1066328) Jerked his hands away becoming more combative at this time assisting staff placed inmate brooks on a flat surface (Floor) to regain control. While on the floor Imate brooks continued to be combative and disregarding all directions to stop Jerking away, at this time O.C. pepper spray was used to gain control. No more force was used at this time.

End of Statement.

(Statement may be continued on an attached sheet.)

---

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____          Date 1/22/22 Time 1800

**EXHIBIT 1-E**                                      **Page 25 of 33**

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☑ Offender ☐ Other ☐ Name: VASHAWN BRIDGES          NCDPS: (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) CORRECTIONAL SERGEANT II

Name and OPUS Number of Accused Offender(s): DARIUS T. BROOKS ± 1066328

Name of Person obtaining statement: Lt. B Hicks

Date: 1-24-2023                                Time: 1410

---

**FOR ACCUSED OFFENDER USE ONLY:**

I request written statements be gathered in my behalf: ☐ Yes   ☐ No. If yes, list names: _____

_____

I request live witness(es) be present at my hearing: ☐ Yes   ☐ No. If yes, list names: _____

_____

I request physical evidence be reviewed at my hearing: ☐ Yes   ☐ No

I request staff assistance at my hearing: ☐ Yes   ☐ No          Offender Initials _____

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

ON 1-22-23 AT APPROX 08:15, SGT. BRIDGES DECONTAMINATED OFFENDER DARIUS BROOKS # 1066328 AND PLACED HIM BACK IN MEDICAL HOLDING CELL. NO FORCE WAS USED

(Statement may be continued on an attached sheet.)

---

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _Vash Bridges_          Date 1-22-23 Time 0825

## STATEMENT BY WITNESS

Staff ☐  Offender ☐  Other ☐  Name: Phillip Miles _____    NCDPS: (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) _____

Name and OPUS Number of Accused Offender(s): 1582549 _____

Name of Person obtaining statement: Lt. B Hicks _____

Date: 1-25-2023 _____    Time: 1402 _____

---

**FOR ACCUSED OFFENDER USE ONLY:**

I request written statements be gathered in my behalf: ☐ Yes  ☐ No.  If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes  ☐ No.  If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☑ Yes  ☐ No   camera

I request staff assistance at my hearing: ☐ Yes  ☐ No

Offender Initials _____

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

I just had oral surgery 4-5 days before this situation. And he asked me to get up and I did with my tray and cup in my hand while I was walking he said when I say move that mean move I looked at him. And he said get out of here and pushed me with my tray and cup in my hand. I'm not responsible for what someone else done. I didn't start physical contact first.

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____    Date 1-25-23  Time 1400

**EXHIBIT 1-E**        **Page 27 of 33**

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☐ Offender ☐ Other ☑ Name: DARIUS BROOKS    NCDPS: (Offender Only) 1066328

Position or Title of Witness: (Staff Only- Include Staff ID) _____

Name and OPUS Number of Accused Offender(s): DARIUS BROOKS

Name of Person obtaining statement: Lt. B Hikls

Date: 1-25-2023      Time: 1407

**FOR ACCUSED OFFENDER USE ONLY:**

I request written statements be gathered in my behalf: ☐ Yes ☐ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes ☐ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☑ Yes ☐ No

I request staff assistance at my hearing: ☐ Yes ☐ No

       Offender Initials DB

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

I was maced, tazed and detained for Altercation with Officer Howard in chow hall. Onced I was detained, I was escorted to medical with my hands still behind my back cuffed. I was locked in a room, about 30 minutes to an hour later atlast 3 or 4 officers came in and jumped on me. Busted my nose, lip, eye.

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____      Date 1-25-23 Time 1405

**EXHIBIT 1-E**     **Page 28 of 33**

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☒ Offender ☐ Other☐ Name: Ashley Parker _____ NCDOC: (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID) RN PAE12

Name and OPUS Number of Accused Offender(s): Brooks, Darius 10669328

Name of Person Obtaining statement: Lt. B Hicks

Date: 1-22-23  1.25.2023     Time: 12:28pm  1410

| FOR ACCUSED OFFENDER USE ONLY: |
|---|
| I Request written statements be gathered in my behalf: ☐ Yes  ☐ No. If yes, list names: _____ |
| I request live witness(es) be present at my hearing: ☐ Yes  ☐ No. If yes, list names: _____ |
| I request physical evidence be reviewed at my hearing: ☐ Yes  ☐ No |
| I request staff assistance at my hearing: ☐ Yes  ☐ No     Offender Initials: _____ |

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

On 1/22/23 at approximately 8:44 AM, offender Brooks, Darius was brought to medical and use of force/restrictive housing screening performed per custody request. Offender reported pain to right shoulder and face. No swelling/redness to right shoulder. Swelling present to upper lip. Small laceration present to inner upper lip. Swelling present to left eyelid. 2 taser 1cm wounds to left lower abdomen. Treated per protocol- wounds cleansed/ antibiotic ointment applied. Tetanus shot given. Ice pack will be supplied for swelling to face. Appointment scheduled to see provider on 1/23/23. Cleared for restrictive housing placement. Denies thoughts of harming self/others. No medical issues in chart, offender reports history of asthma, however in stable condition, cleared for restrictive housing placement. Released to custody in stable condition. AP

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness A. Parker, RN     Date 1/22/23 Time 2:58pm

**EXHIBIT 1-E**                                              **Page 29 of 33**



## INTERNAL INVESTIGATION
## NOTICE OF INTERNAL INVESTIGATION

EMPLOYEE NAME: Jnima Ahemn

POSITION TITLE: Correctional Officer III

WORK LOCATION: Granville Correctional Institution

ERS CASE NUMBER: _____

I understand that I am being interviewed by the designees of the **North Carolina Department of Adult Correction** as part of an internal investigation which has been ordered by the **Secretary of the North Carolina Department of Adult Correction.** I am expected to cooperate with the officials conducting the investigation (or designees) and to provide complete and accurate information at the initial interview and during any subsequent interviews which may be necessary. I further understand that failure to cooperate with or hindering an internal investigation is considered unacceptable personal conduct for which I may receive any level of discipline, up to and including dismissal. I further understand that discussing any aspect of the investigation with employees of the Department of Adult Correction or other individuals involved in the investigation constitutes unacceptable personal conduct for which I may receive any level of discipline, up to and including dismissal. I further understand that:

(a) Questions will relate specifically and narrowly to the performance of official duties and/or personal conduct;

(b) No portion of the internal investigation can be recorded;

(c) My answers cannot be used against me in any subsequent criminal prosecution;

(d) My answers can be used against me in an administrative or disciplinary action;

(e) The penalty for refusing to answer questions may be dismissal;

(f) The penalty for providing false or purposefully misleading information may be dismissal; and

(g) Failure to submit to a polygraph examination when directed to do so by a Department official is considered hindering an internal investigation, constitutes unacceptable personal conduct, and is representative of those causes considered for disciplinary action up to and including dismissal.

_____
Employee's Signature

1/22/23
Date

_____
Lt. B Hicks
Witness' Signature

1-25-2023
Date

INV-100

January 1, 2023

**EXHIBIT 1-E**                    **Page 30 of 33**



**NC** Department of
Adult Correction

## INTERNAL INVESTIGATION
## EMPLOYEE STATEMENT FORM

Failure to cooperate with or hindering an Internal Investigation, including the refusal to answer questions and providing false or purposefully misleading information during an internal investigation constitutes unacceptable personal conduct and may result in discipline up to and including dismissal.

DIRECTIONS: PLEASE PREPARE LEGIBLY.
THIS FORM MUST CONTAIN EMPLOYEE'S ORIGINAL SIGNATURE AND DATE.

NAME: Dnima Ahemn

POSITION TITLE: Correctional Officer III

LOCATION: Granville Correctional Institution

ERS CASE NUMBER: _____

STATEMENT (use the Continuation Form, if necessary, and sign, date and number pages.)

January 22, 2023 at approx 0725 hrs a Code 7 Staff assault was called in the dining hall. As I was assisting I slipped and fell landing on the floor. Later I noticed my (R)ight ankle began to hurt.

Please list any witnesses or individuals who may have information relative to this investigation. Include their full name, position title, work location, and contact number, if known.

Trent Howard, Eleana Kingsberry (OPS) Tencianah Jones (OPS) Transportation

I understand this statement will be considered part of the official investigation and that I may be called on to testify or provide written or verbal clarifying statements. The statement I have provided is an accurate account of the case to the best of my knowledge.

Signature

1/22/23
Date

INV-102

January 1, 2023



**EXHIBIT 1-E**      **Page 31 of 33**

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
INTERNAL INVESTIGATION
NOTICE OF INTERNAL INVESTIGATION

EMPLOYEE NAME: Elaine Kingsberry

POSITION TITLE: Correctional Officer II

WORK LOCATION: Granville Correctional

I understand that I am being interviewed by the designees of the North Carolina Department of Public Safety as part of an internal investigation, which has been ordered by the Secretary of the North Carolina Department of Public Safety. I am expected to cooperate with the officials conducting the investigation (or designees) and to provide complete and accurate information at the initial interview and during any subsequent interviews which may be necessary. I further understand that failure to cooperate with or hindering an internal investigation is considered unacceptable personal conduct for which I may receive any level of discipline, up to and including dismissal. I further understand that discussing any aspect of the investigation with employees of the Department of Public Safety or other individuals involved in the investigation constitutes unacceptable personal conduct for which I may receive any level of discipline, up to and including dismissal. I further understand that:

(a) Questions will relate specifically and narrowly to the performance of official duties and/or personal conduct;

(b) No portion of the internal investigation can be recorded;

(c) My answers cannot be used against me in any subsequent criminal prosecution;

(d) My answers can be used against me in an administrative or disciplinary action;

(e) The penalty for refusing to answer questions may be dismissal;

(f) The penalty for providing false or purposefully misleading information may be dismissal; and

(g) Failure to submit to a polygraph examination when directed to do so by a Department official is considered hindering an internal investigation, constitutes unacceptable personal conduct, and is representative of those causes considered for disciplinary action up to and including dismissal.

Employee's Signature: _____    Date: 1/22/23

Witness' Signature: Lt. B. Hillis    Date: 1/25/2023

INV-100

Rev 09/2019

**EXHIBIT 1-E**          **Page 32 of 33**



NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
INTERNAL INVESTIGATION
DPS EMPLOYEE STATEMENT FORM

Failure to cooperate with or hindering an Internal Investigation, including the refusal to answer questions and providing false or purposefully misleading information during an internal investigation constitutes unacceptable personal conduct and may result in discipline up to and including dismissal.

DIRECTIONS:   PLEASE PREPARE LEGIBLY.
THIS FORM MUST CONTAIN EMPLOYEE'S ORIGINAL SIGNATURE AND DATE.

NAME: __Elaine Kingsbery__

POSITION TITLE: __Correctional Officer II__

LOCATION: __3980 Granville Correctional__

STATEMENT: (Use the Continuation Form, if necessary, and sign, date and number pages.)

On January 22, 2023, at approximately 0720 hrs. I observed offenders Darius Brooks (#1066328) and Phillip Miles (#1582549) assaulting Officer Howard. While attempting to get offenders to comply I (ofc. Kingsbery) twisted my left knee.

Please list any witnesses or individuals who may have information relative to this investigation.
Include their full name, position title, work location, and contact number, if known.

_____

_____

I understand this statement will be considered part of the official investigation and that I may be called on to testify or provide written or verbal clarifying statements. The statement I have provided is an accurate account of the case to the best of my knowledge.

_____          __1/22/23__
Signature                                              Date

INV-102

REV: 09/2019

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 440 | 22 Jan 2023 07:24:56 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 54 |
| 441 | 22 Jan 2023 07:25:01 | Trigger | C1: Deployed | 5 | | 54 |
| 442 | 22 Jan 2023 07:25:04 | Trigger | C2: Deployed | 5 | | 54 |
| 443 | 22 Jan 2023 07:25:38 | Trigger | C2: Deployed | 5 | | 53 |
| 444 | 22 Jan 2023 07:25:40 | Arc | C1: Deployed C2: Deployed | 1 | | 53 |
| 445 | 22 Jan 2023 07:25:40 | Arc | C1: Deployed C2: Deployed | 3 | | 53 |
| 446 | 22 Jan 2023 07:28:13 | Safe | C1: Deployed C2: Deployed | 197 | 34 | 53 |
| 447 | 22 Jan 2023 08:01:24 | USB Connected | | | | |
| 448 | 22 Jan 2023 08:00:39 | Time Sync | 22 Jan 2023 08:01:28 to 22 Jan 2023 08:00:39 | | | |