IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3007-BO

| | | |
|---|---|---|
| DARIUS TREMAYNE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLACEHOLDER FOR** |
| v. | ) | **EXHIBIT 1-F** |
| | ) | **EXHIBIT 1-G** |
| CORRECTIONAL OFFICER HOWARD, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Placeholder for Defendants' Exhibits 1-F and 1-G, attached to Declaration of Counsel, which includes Video Footage of the Use of Force Incident which occurred on January 22, 2023, and Plaintiff's Confidential Medical Records, which are documents proposed to be filed under seal.

**Exhibit 1-F.** Video Footage (*filed under seal* and *filed manually*)

**Exhibit 1-G.** Plaintiff's Medical Records (*filed under seal*)