**EXHIBIT 1-H**          **Page 1 of 23**

Feb 28, 2023     3:04:59 PM

IS05 0 1066328 012223 0723 1                    CRC2002    02/28/23 15:04:56

ISSS005          DISCIPLINARY VERDICT APPEAL/REVIEW          NC/DOC    PAGE 001

DOC#: 1066328  NAME: BROOKS, DARIUS T.        CURLOC: 3980  PROJ.REL:  09/08/2033

FELON B/M  CASE MGR: ALLEN, WARREN D ACT: HIGH SECURITY/M BED: HCBU-207 SPL: L1

CUST: MED CNTRL: HCON SP.CHAR: REG  ACUITY:1    ACT.GRD:1    NEXT REV: 06/26/2023


OFFENSE DATE: 01/22/23   TIME: 07:23   FAC: 3980    INVESTIGATION SEQ #: 1

HEARING ON:    02/13/23   TIME: 08:54   BY: HBT06 – HARRIS, BRYON, T.


NOTICE RECEIVED: 02/16/23   BY: RZF01 – ROGERS, ZENOBIA F

DECISION REQ BY: 03/18/23


PACKAGE MAILED:  02/17/23   BY: TTS11 – THOMPSON, TIFFANY S.   FACILITY: 3980


PACKAGE RECD:    02/17/23   BY: RZF01 – ROGERS, ZENOBIA F


APPEAL REVIEWED: 02/28/23   BY: WMR03 – WILLIAMS, MICHELLE R

OFFENSE: A03 N – ASSAULT STAFF W/WEAP   DECISION: 2 – UPHELD SANCTIONS

        A14   – INVOLVEMENT W/GANG O            2 – UPHELD SANCTIONS

        B25   – DISOBEY ORDER                  2 – UPHELD SANCTIONS

COMMENTS?: Y (F11)    STAFF ASLT COMMENTS?: N (F9)


                         F1=MAIN MENU  F3=SCREENS   F4=REPORTS

                         F6=1ST PG     F7=PRIOR     F8=NEXT



**EXHIBIT 1-H**     **Page 2 of 23**

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY     02/13/23
ISSR158 (58)     DIVISION OF ADULT CORRECTION/PRISONS SECTION
INMATE DISCIPLINARY APPEAL

INMATE NAME: BROOKS, DARIUS T.                    OPUS#: 1066328

DATE/TIME OFFENSE: 01/22/23 07:23                 OFFENSE LOCATION: 3980

APPEAL OFFENSE(S): A03 A14 B25                    HEARING LOCATION: 3980

DHO: HARRIS, BRYON, T.                            DATE/TIME HEARING: 02/13/23 08:54

*(stamp: RECEIVED Department of Adult Corrections FEB 16 2023 Disciplinary Hearing Services)*

To appeal a Disciplinary decision, the following information is to be completed
by the inmate detailing why he/she wishes to appeal the decision of the DHO.
Additional information may be attached using any paper available to the inmate.

APPEAL STATEMENT (reason)  to be completed by inmate

I Respectfully ask the North Carolina Department of Public
Safety (NCDPS), to please consider looking at the video
Surveillance's and see that Officer Howard displayed excessive
force without regard by lowering his head and striking punches
at me and Phillip Miles first. When I tried to explain this to
Hearing Officer Bryon Harris he stated that I did not make such
Request or witness Form to surveillance on the incident that happend
on 1-22-23 at 0720. Your Use of force Policy as outlined in the
DPS Policy and Procedure Manual, Section 2F. 1500. states that this
Section will be followed at all times. (Go to Attachment) Attachments #4, #5 #3

INMATE SIGNATURE: *Darius Brooks*          DATE: 2-13-23

ALL APPEALS "MUST" BE RECEIVED IN THE COMMISSIONER'S OFFICE AT THE ADDRESS SHOWN
BELOW WITHIN 15 CALENDAR DAYS OF THE DATE OF HEARING.  THIS APPEAL LETTER MAY BE
MAILED WITHOUT POSTAGE.  ALL APPEALS "MUST" BE COMPLETED ON THIS FORM.

THIS FORM AND ANY ATTACHMENTS MUST BE RECEIVED AT THE ADDRESS BELOW WITHIN
15 CALENDAR DAYS.

PETER R. BUCHHOLTZ, COMMISSIONER
DIVISION OF ADULT CORRECTION/PRISONS SECTION
831 W. MORGAN STREET
4260 MAIL SERVICE CENTER
RALEIGH, N.C.  27699-4260

Your case will be reviewed and an electronic decision will be forwarded to your
housing facility, which will be forwarded to you via Correctional Staff.

EXHIBIT 1-H          Page 3 of 23          Attachment #1

2F. 1505 General states; "The use of force shall be permissible only to extent neccesary to achieve a proper correctional objective. The use of unneccessary or excessive force is prohibited, and if it is determined that a staff member has abused an Offender, he or she will be subject to disciplinary action and may face additional criminal charges."

Officer Howard did order us to put our trays up. I asked if I could finish my eggs? He stated "Hell Nah, I said get the fuck up. We got more people to feed." I did hasitate to get up at first because I didn't like the way he had talked to me. But if you look on camera, you'll see that I did slowly get up and was on my way to put my tray up, but I stopped in mid step when I seen Mr Miles approach Mr. Howard and try to talk to him about how he had talked to us.

Mr Howard stated, "I said what I said, Now get the fuck out my face," to Mr. Miles as I was walking back up. (In the Report Officer Howard lied when he said I told him "Fuck you, and get out my face.) If the Committee view the camera it will prove that I never said anything to him at all once I got up from the table and seen how irrational he was acting. Once he said get the fuck out my face to Mr. Miles, Officer Howard stepped up Nose to Nose with Mr Miles and stated; "I said get yo Bitch ass out my face." Mr Miles just continued to look at Mr Howard in disbelief of how Officer Howard was talking to us.

Thats when Officer Howard duckked his head and

**EXHIBIT 1-H**      **Page 4 of 23**   Attachment #2

started striking punches at us. Its true that I was on Meth and his actions caused me to react with 4 punches of my own. I stop punching once his punches were no longer towards me. But after he slammed Mr. Miles, he verted his attention back to me with punches, then grabbed me. I felt my feet lifting off the ground, so I swung 2 left hand punches trying not to get slammed. He fell in front of me. So I stopped punching and just looked at him to make sure he wasn't trying to attack me no more. He told one of the females officers to mace me, she did. She told me to lay on the ground, I did. She told me to turn on my stomach, I did. Officer Howard yelled, "taze his ass!" She did. I Never resisted anything other than ~~excessive~~ excessive force.

Once my hands were cuffed behind my back, me and Mr Miles was escorted to a holding cell in the medical building. We were placed in different holding cells with our hands still cuffed behind our backs. The Officers left. About 20-30 minutes later Officer Howard, Sgt. Johnson, and one or two more officers came in the holding cell that I was in. One of the officers asked me to walk backwards to him so that he can take my handcuffs off. I did. Once I got close enough for the officer to grab my handcuffs, I felt him yank me by the cuffs, and then him and the other officers attacked me with a flurry of punches, excecessive mace by pulling my head back by my dreads and protisely unloading mace in my eyes, mouth

**EXHIBIT 1-H**     **Page 5 of 23** Attachment #3

and nose, while other Officers choked and kicked, while my hands were still cuffed behind my back. They then went to the other cell and did the same to Mr. Miles. After that, I was escorted to ~~Regal~~ H-CON and had to indure more pain mentally and physically by being submitted to Full Restraints for 4 hours and being denied my lunch tray. After 4 hours, I was placed in a cold cell ~~and~~ and was denied Blanket, Sheets, Wash Rag, Towel Soap, toothbrush, etc. For 3 days, I had to lay on a bare mat, body shivvering from being cold, with mace still in my eyes, face, hair, clothes and cell. (1-22-23).

The Next morning I had to indure another episode of Full-Restraints. For 2 hours by Sgt. Cooper when him and a Lt. (Don't know his name) had me in a Room questioning me about gang affiliation. I told them that I use to be Blood but let that part of my life go. They Roughed me up by aggressively pulling on me by my arms, neck and shirt. Also tightening my Restraints to its tightest capacity causing my hands to go numb and inflecting pain but acting like they were looking for gang tattoo's. When they left, Sgt. Cooper made me sit in that small ~~holding~~ visitation box for 2 hours. When I came out, Officer Wilson had to wait until Sgt. Cooper left to pull me out and take me back to my cell. He adjusted my shirt for me and took me back to my cell. (1-23-23)

**EXHIBIT 1-H**     **Page 6 of 23**   Attachment #4

(1-24-23) One of the inmates on my Range B-block yelled down the hall and told me to write what I needed to Clothes House and give it to 2nd/3rd shift Officer when they pass out breakfast trays, because the Clothes House pass out clothes, Blankets, Sheets, Towel, etc today. So I did.

Around lunch time, Sgt. Cooper's shift was working (which is 1st shift) and Officer Zeedee was giving inmates their Bag. When she got to my Bag, an Officer (couldn't see who) was standing at the top part of the Range and told Officer Zeedee not to give me my Bag. So she sat my bag back down. At this point, im so exausted mentally and cold I lay back down on my bed. Right before 2nd Shift, a female Officer with dreds snatched my Bag from in front of my window and took it somewhere. When shift changed and 2nd shift came back in, I begged Officer Dancy to please find my Bag and told how how cold I was and hadn't slept for almost 3 days. I felt sorry for me and gave me my bag. He said he found it in the Sgt. Office.

(1-25-23) Officer Gregory came to my door, I think it was morning time. I was so mentally drained and exausted, I didn't know half of what she was saying. All I really remember is her asking me did I want to write a statement. I said yes. In the middle of me writing my statement, I was being rushed. So I stop and just signed my signature, then went back to bed. I had no understanding that I had waived my Rights to physical Evidence.

EXHIBIT 1-H          Page 7 of 23          Attachment #5

A couple days later A Lt. (Don't Know his Name) came and informed me that I was accused of another A-3 in the Medical building. This time im aware and alert. He gave me a witness form. I requested Physical Evidence. and gave a full Statement in what really took place in the Medical building when Officers attacked me and busted my face open. He asked me was I accuseing his Officers of Excessive force. I asked him what did that mean. He walked off with a confused look. I went to the law library to see exactly what that meant. And thats when I learned that my Right to protection of the Eighth Amendment had been violated. I Never heard back from Lt. since.

**EXHIBIT 1-H**      **Page 8 of 23**

```
                 NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION      02/13/23
ISSR152 (50)          OFFENSE AND DISCIPLINARY REPORT               PAGE   1
```

A. INMATE NAME: BROOKS, DARIUS T.                NCDOC#: 1066328
   FACILITY:    GRANVILLE CI              #: 3980   DATE OF REPORT: 02/13/23
   CRIME ( ) MISD.    INMATE ACTIVITY AT    CUSTODY LEVEL AT    DATE OF OFFENSE
   CLASS (X) FELON    TIME OF OFFENSE: 1    TIME OF OFFENSE: 3   01/22/23
   SSA   (X)

   OFFENSE CLASS & NUMBER    I: A03      II: A14      III: B25
   SUMMARY : A 10 DAY EXTENTION WAS GRANTED DUE TO STAFF WORK LOAD.
             *
             ON 01/22/2023 AT 0720 C/O T. HOWARD STATED THAT HE GAVE
             OFFENER DARIUS BROOKS #1066328 AND PHILLIP MILES #1582549
             MULTIPLE DIRECT ORDERS TO GET UP FORM THEIR TABLE IN THE
             DINING HALL AND PUT THEIR BREAKFAST TRAYS AWAY. BOTH
             OFFENDERS REFUSED DIRECT ORDERS GIVEN. WEN OFFENDER BROOKS
             GOT UP FROM HIS SEAT HE STATED TO THE OFFICER. "FUCK YOU AND
             GET OUT MY FACE." THE OFFENDER BECAME HOSTILE AND BEGAN
             STRIKING THE OFFICER WITH CLOSED FIST IN THE FACIAL AREA.
             CAUSING THE OFFICER TO FALL TO THE GROUND.
             *
             CORRECTIONAL LT. C. DOVE STATED THAT HE INTERVIEWED THE
             OFFENDERS DUE TO THEIR SRG STATUS. THE OFFENDERS AMMITTED
             THAT HE HAD TO RIDE WITH HIS "HOMIE" DURING THE INTERVIEW.
             THIS BEING CONSISTANT WITH THE SECURITY RISK GROUP BLOODS.
             *
             OFFENDER IS CHARGED WITH B25, A03, A14. A NO PLEA IS ENTERED
             , REFER TO DHO.
------------------------------------------------------------------------
     I HEREBY WAIVE MY RIGHT TO 24 HOURS WRITTEN NOTICE BEFORE MEETING THE
     HEARING OFFICER.
       INMATE'S SIGNATURE: _____   DATE: _____
     IS STAFF ASSISTANCE REQUESTED?:    STAFF ASSIGNED:
     MY RIGHTS WITH REGARD TO THE DISCIPLINARY HEARING AND REVIEW HAVE BEEN
     EXPLAINED TO ME AND I HEREBY ACKNOWLEDGE RECEIPT OF THESE CHARGES.
       INMATE'S SIGNATURE: _____   DATE: _____
------------------------------------------------------------------------
```

B. SUPERINTENDENT'S DECISION:
   OFFENSE:              I: A03          II: A14          III: B25
   INMATE PLEA:            NO PLEA         NO PLEA           NO PLEA

C. HEARING OFFICER'S DECISION:
   OFFENSE:              I: A03          II: A14          III: B25
   INMATE PLEA:           NOT GUILTY      NOT GUILTY       NOT GUILTY
   VERDICT:                 GUILTY          GUILTY           GUILTY

D. SANCTIONS IMPOSED:
   ACTIVATE SUSPENDED SENTENCE DATED:              FOR ARTICLE(S)
------------------------------------------------------------------------
```
I.                          II.                         III.
OFFENSE CLASS& NO: A-03     OFFENSE CLASS& NO: A-14     OFFENSE CLASS& NO: B-25
10 DAYS RHDP                10 DAYS RHDP                10 DAYS RHDP
     SUSPEND   MONTHS            SUSPEND   MONTHS            SUSPEND   MONTHS
     DAYS CRED TIME LOSS         DAYS CRED TIME LOSS         DAYS CRED TIME LOSS
     SUSPEND 0 MONTHS            SUSPEND 0 MONTHS            SUSPEND 0 MONTHS
50 HOURS EXTRA DUTY         50 HOURS EXTRA DUTY         40 HOURS EXTRA DUTY
     SUSPEND   MONTHS            SUSPEND   MONTHS            SUSPEND   MONTHS
```

RECEIVED
Department of Adult Corrections
FEB 17 2023
Disciplinary Hearing Services

**EXHIBIT 1-H**     **Page 9 of 23**

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION                    02/13/23
ISSR152 (50)              OFFENSE AND DISCIPLINARY REPORT         PAGE    2

```
    INMATE NAME: BROOKS, DARIUS T.                 NCDOC#: 1066328
SUSPENSION OF CANTEEN      SUSPENSION OF RADIO      SUSPENSION OF ORGANIZE
   TELEPHONE , VISITATION   RECREATION, DAYROOM       LEISURE TI,
   PRIVILEGES   090 DAS      PRIVILEGES   090 DAS      PRIVILEGES   060 DAS
     SUSPEND    MONTHS         SUSPEND    MONTHS         SUSPEND    MONTHS
DEMOTE TO:                  DEMOTE TO:                 DEMOTE TO:
     SUSPEND    MONTHS         SUSPEND    MONTHS         SUSPEND    MONTHS
1 MONTHS DRAW LIMITED       1 MONTHS DRAW LIMITED     1 MONTHS DRAW LIMITED
     SUSPEND    MONTHS         SUSPEND    MONTHS         SUSPEND    MONTHS
```
-----------------------------------------------------------------------

APPROVED BY: RMA24 - RANES, MICHAEL A.     ON 02/06/23  AT 12:26 (UNIT)
             HBT06 - HARRIS, BRYON, T.     ON 02/13/23  AT 08:54 (DHO)

FACILITY HEAD/DESIGNEE REVIEW:

     SIGNATURE: _____     DATE: _____

**EXHIBIT 1-H**        **Page 10 of 23**

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION        02/13/23
ISSR154 (55)                    RECORD OF HEARING                    PAGE    1

INMATE NAME: BROOKS, DARIUS T.              NCDOC#: 1066328
OFFENSE DATE: 01/22/23    TIME: 07:23       LOCATION: GRANVILLE CI
HEARING DATE: 02/13/23    TIME: 08:54       LOCATION: GRANVILLE CI

SUMMARY OF ALL INFORMATION, EVIDENCE, OR STATEMENTS DEVELOPED AT THE HEARING
RELATING TO GUILT OR INNOCENCE:
        ON 01/22/2023 AT 0720 C/O T. HOWARD STATED THAT HE GAVE
        OFFENER DARIUS BROOKS #1066328 AND PHILLIP MILES #1582549
        MULTIPLE DIRECT ORDERS TO GET UP FORM THEIR TABLE IN THE
        DINING HALL AND PUT THEIR BREAKFAST TRAYS AWAY. BOTH
        OFFENDERS REFUSED DIRECT ORDERS GIVEN. WEN OFFENDER BROOKS
        GOT UP FROM HIS SEAT HE STATED TO THE OFFICER. "FUCK YOU AN
        GET OUT MY FACE." THE OFFENDER BECAME HOSTILE AND BEGAN
        STRIKING THE OFFICER WITH CLOSED FIST IN THE FACIAL AREA.
        CAUSING THE OFFICER TO FALL TO THE GROUND.
        ***
        CORRECTIONAL LT. C. DOVE STATED THAT HE INTERVIEWED THE
        OFFENDERS DUE TO THEIR SRG STATUS. THE OFFENDERS AMMITTED
        THAT HE HAD TO RIDE WITH HIS "HOMIE" DURING THE INTERVIEW.
        THIS BEING CONSISTANT WITH THE SECURITY RISK GROUP BLOODS.
        OFFENDER WAS ADVISED OF A03, A14, B25 CHARGES.
        ***
        FOLLOWING THE READING OF THE SUMMARY OF EVIDENCE, OFFENDER
        WAS EXPLAINED HIS DISCIPLINARY AND APPEAL RIGHTS. OFFENDER
        PLED NOT GUILTY OF THE A03,A14 & B25 OFFENSE.
        ***
        OFFENDER MADE NO EVIDENTIARY REQUEST.
        ***
        OFFENDER WRITTEN STATEMENT STATES
        " I WAS UNDER THE INFLUENCE OF METH AN
        MARIJUANA, MY FEELINGS WAS INTENSE AND TOOK CONTROL OF MY
        ACTIONS.
        ***
        DURING THE HEARING, OFFENDER ALLEGES THAT HE DIDN'T HIT
        THE OFFICER FIRST.
        ***
        BASED ON THE REPORTING PARTY'S STATEMENT AND THE INVESTI-
        GATING OFFICER'S REPORT, THE OFFENDER IS FOUND GUILTY OF TH
        A03,A14 & B25 OFFENSE. SANCTIONS ARE CONSISTENT WITH
        DIVISION POLICY TO DETER THIS TYPE OF BEHAVIOR;
        ***
        OFFENDER RESTRAINED & UNABLE TO SIGN. HE WAS PROVIDED A COP
        OF THE RECORD OF HEARING, SANCTIONS AND APPEAL FORM. THIS
        WAS WITNESSED BY TTS11.

HEARING OFFICER DECISION:
    OFFENSE:    I. A03              II. A14              III. B25
                GUILTY              GUILTY              GUILTY

HEARING OFFICER: HBT06 - HARRIS, BRYON, T.
        RECORDER: TTS11 - THOMPSON, TIFFANY S.

INMATE SIGNATURE: _____        DATE: 2/13/23

**EXHIBIT 1-H**   **Page 11 of 23**

HCON B207

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION                    02/06/23
ISSR152 (50)                 OFFENSE AND DISCIPLINARY REPORT                    PAGE    1

A. INMATE NAME: BROOKS, DARIUS T.                    NCDOC#: 1066328
   FACILITY:    GRANVILLE CI           #: 3980    DATE OF REPORT: 02/06/23
   CRIME ( ) MISD.    INMATE ACTIVITY AT    CUSTODY LEVEL AT    DATE OF OFFENSE
   CLASS (X) FELON    TIME OF OFFENSE: 1    TIME OF OFFENSE: 3    01/22/23
   SSA   ( )

   OFFENSE CLASS & NUMBER    I: A03         II: A14         III: B25
   SUMMARY : A 10 DAY EXTENTION WAS GRANTED DUE TO STAFF WORK LOAD.
            *
            ON 01/22/2023 AT 0720 C/O T. HOWARD STATED THAT HE GAVE
            OFFENER DARIUS BROOKS #1066328 AND PHILLIP MILES #1582549
            MULTIPLE DIRECT ORDERS TO GET UP FORM THEIR TABLE IN THE
            DINING HALL AND PUT THEIR BREAKFAST TRAYS AWAY. BOTH
            OFFENDERS REFUSED DIRECT ORDERS GIVEN. WEN OFFENDER BROOKS
            GOT UP FROM HIS SEAT HE STATED TO THE OFFICER. "FUCK YOU AND
            GET OUT MY FACE." THE OFFENDER BECAME HOSTILE AND BEGAN
            STRIKING THE OFFICER WITH CLOSED FIST IN THE FACIAL AREA.
            CAUSING THE OFFICER TO FALL TO THE GROUND.
            *
            CORRECTIONAL LT. C. DOVE STATED THAT HE INTERVIEWED THE
            OFFENDERS DUE TO THEIR SRG STATUS. THE OFFENDERS AMMITTED
            THAT HE HAD TO RIDE WITH HIS "HOMIE" DURING THE INTERVIEW.
            THIS BEING CONSISTANT WITH THE SECURITY RISK GROUP BLOODS.
            *
            OFFENDER IS CHARGED WITH B25, A03, A14. A NO PLEA IS ENTERED
            , REFER TO DHO.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   I HEREBY WAIVE MY RIGHT TO 24 HOURS WRITTEN NOTICE BEFORE MEETING THE
   HEARING OFFICER.
        INMATE'S SIGNATURE: _____ . DATE: _____
   IS STAFF ASSISTANCE REQUESTED?:    STAFF ASSIGNED:
   MY RIGHTS WITH REGARD TO THE DISCIPLINARY HEARING AND REVIEW HAVE BEEN
   EXPLAINED TO ME AND I HEREBY ACKNOWLEDGE RECEIPT OF THESE CHARGES.
        INMATE'S SIGNATURE: _____ DATE: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
B. SUPERINTENDENT'S DECISION:
   OFFENSE:            I: A03         II: A14         III: B25
   INMATE PLEA:        NO PLEA        NO PLEA         NO PLEA

C. HEARING OFFICER'S DECISION:
   OFFENSE:         I:            II:            III:
   INMATE PLEA:
   ACTIVATE SUSPENDED SENTENCE DATED:        FOR ARTICLE(S)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I.                          II.                          III.
OFFENSE CLASS& NO: A-03     OFFENSE CLASS& NO: A-14      OFFENSE CLASS& NO: B-25
 0 DAYS RHDP                 0 DAYS RHDP                  0 DAYS RHDP
    SUSPEND   MONTHS            SUSPEND   MONTHS             SUSPEND   MONTHS
    DAYS CRED TIME LOSS         DAYS CRED TIME LOSS         DAYS CRED TIME LOSS
    SUSPEND 0 MONTHS            SUSPEND 0 MONTHS            SUSPEND 0 MONTHS
 0 HOURS EXTRA DUTY         0 HOURS EXTRA DUTY           0 HOURS EXTRA DUTY
    SUSPEND   MONTHS            SUSPEND   MONTHS             SUSPEND   MONTHS
SUSPENSION OF               SUSPENSION OF                SUSPENSION OF

**EXHIBIT 1-H          Page 12 of 23**

```
                 NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION        02/06/23
ISSR152 (50)          OFFENSE AND DISCIPLINARY REPORT                  PAGE    2


   INMATE NAME: BROOKS, DARIUS T.                    NCDOC#: 1066328
  PRIVILEGES       DAS         PRIVILEGES       DAS         PRIVILEGES       DAS
     SUSPEND    MONTHS            SUSPEND    MONTHS            SUSPEND    MONTHS
DEMOTE TO:                   DEMOTE TO:                   DEMOTE TO:
     SUSPEND    MONTHS            SUSPEND    MONTHS            SUSPEND    MONTHS
  MONTHS DRAW LIMITED          MONTHS DRAW LIMITED          MONTHS DRAW LIMITED
     SUSPEND    MONTHS            SUSPEND    MONTHS            SUSPEND    MONTHS
---------------------------------------------------------------------------

APPROVED BY: RMA24 - RANES, MICHAEL A.       ON 02/06/23  AT 12:26 (UNIT)

FACILITY HEAD/DESIGNEE REVIEW:

   SIGNATURE: _____   DATE: _____
```

**EXHIBIT 1-H**      **Page 13 of 23**

DC – 138F
1/18

## Request for Extension of Time

Date: 1/25/23

To: B Cooper

From: M Ranes

I hereby request an extension of time regarding the disciplinary report
pertaining to

Name of Offender     Darius Brooks
NCDOC Number     1066328
Date/Time of offense     1-22-23 0123
Facility/Number     3580

_____ The disciplinary report was returned for additional information or further investigation.

_____ Offender was not available for the medical/mental status.

_____ The disciplinary report / investigation report was not forwarded to the superintendent's office within the allotted time.

_____ The offender was absent from the facility from _____ to _____. (See Explanation)

_____ The offender has transferred to _____ from _____. (See Explanation)

Explanation: _____
Due to Staff Work load _____

I approve an extension of _____10_____ days

Approving Authority _____
           Signature           Date/Time

Distribution: Original – Facility Files

**EXHIBIT 1-H**          **Page 14 of 23**

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION            01/25/23
ISSR150 (45)          INVESTIGATING OFFICER'S REPORT                  PAGE    1

INMATE NAME: BROOKS                          NCDOC#: 1066328
FACILITY:    GRANVILLE CI          #: 3980   CUSTODY LEVEL: MEDIUM
OFFENSE REPORTED BY: HOWARD, TRENT D.        TO: JONES, PHYLLIS E.


DATE OF OFFENSE:          01/22/23   TIME: 07:23
OFFENSE REPORTED:         01/22/23   TIME: 07:45
INVESTIGATOR ASSIGNED:    01/22/23   TIME: 09:00
INVESTIGATION BEGAN:      01/25/23   TIME: 14:14
COMPLETION DATE:          01/25/23   TIME: 14:36

SUMMARY OF FACTS:
        A 10 DAY EXTENSION WAS GRANTED BY LT. PHYLIS JONES DUE TO
        STAFF WORKLOAD.
        I, SGT. GREGORY, HAVE VERIFIED IN OPUS ON THE HS50 SCREEN
        THAT OFFENDER DARIUS BROOKS IS NOT DD NOR ADA.
        I, SGT. GREGORY, BEGAN THIS INVESTIGATION BY RECIEVING,
        REVIEWING AND VERIFYING THE REPORTING PARTY'S STATEMENT.
        ON 1/22/23, I, OFFICER T. HOWARD, WAS ASSISTING IN THE
        DINING HALL.  AT APPROXIMATELY 0720 HOURS I GAVE OFFENDERS
        DARIUS BROOKS 1066328 AND PHILLIP MILES 1582549 MULTIPLE
        DIRECTIVES TO GET UP FROM THE TABLE AND PUT THEIR BREAKFAST
        TRAY AWAY, THEY REFUSED ALL DIRECTIVES GIVEN. I GAVE THEM
        ONE LAST DIRECTIVE TO GET UP BECAUSE ANOTHER POD WAS COMING
        IN THE DINING HALL AND HAD TO SIT WHERE THEY WERE SITTING
        BOTH OFFENDERS GOT UP AND BEGAN CUSSING AT ME. BOTH OFFENDE
        STATED, "FUCK YOU AND GET OUT MY FACE" IN A HOSTILE MANNER.
        THEY THEN APPROACHED ME IN A HOSTILE MANNER I GAVE THEN
        MULTIPLE DIRECTIVES TO BACK UP AND GIVE ME SPACE.
        EVERYTIME I TOLD THEM TO BACK UP THEY PROCEEDED TO GET
        CLOSER TO ME ESPECIALLY INMATE PHILLIP MILES. ONCE I
        NOTICED THE OFFENDERS WERE TOO CLOSE TO ME. OFFENDER MILES
        HAD STRUCK ME IN THE CHEST WITH HIS ELBOW. I CREATED
        SPACE BY PUSHING INMATE MILES AWAY FROM ME. I, OFFICER
        HOWARD ATTEMPTED TO RETREAT BUT BEFORE I COULD OFFENDER
        BROOKS BEGAN TO ASSAULT ME BY STRIKING ME IN MY FACE WITH
        CLOSED FIST. THEN I ATTEMPTED TO TRY AND GAIN CONTROL OF
        INMATE BROOKSBUT OFFENDER MILES BEGAN TO STRIKE ME WITH
        CLOSE FIST TO MY FACE AS WELL MULTIPLE TIMES. IN THE
        STRUGGLE I FELL TO THE FLOOR THE WHOLE TIME I'M FALLING
        THE OFFENDERS CONTINUED STRIKING ME. ONCE I, OFFICER HOWARD,
        REGAINED MY FOOTING I THEN ATTEMPTED TO GRAB OFFENDERS LEGS
        TO SECURE THEM AND NOT GIVE THEM A CHANCE TO ASSAULT ME WITH
        THEIR FEET. I EVENTUALLY GOT THEM BOTH TO THE GROUND ONCE
        I GOT THE OFFENDERS TO THE GROUND. ONCE I GOT THE OFFENDERS
        TO THE GROUND ONE OF THEM ATTEMPTED TO PLACE ME IN A CHOKE
        HOLD. I FELT A SET OF ARMS GO AROUND MY NECK. I PANICKED
        AND BEGAN TO STRIKE OFFENDERS IN AN ATTEMPT TO GET THEM OFF
        OF ME AIMING FOR ANY AVAILABLE PRESSURE POINTS. ONCE I
        RELEASED STAFF CAME AND ASSISTED AND HAD THE OFFENDERS UNDER
        CONTROL. I IMMEDIATELY STEPPED AWAY FROM THE SITUATION AND
        DID NOT HAVE ANYMORE CONTACTS WITH THE OFFENDERS.
        ON 1/23/23 AT APPROXIMATELY 0900 HOURS, I, LT. CHRISTOPHER
        DOVE INTERVIEWED AND REVIEWED VIDEO FOOTAGE OF AN
        INCIDENT THAT OCCURED ON 1/22/23 AT 0723 HOURS IN THE
        OFFENDER DINING HALL. OFFENDER PHILLIP JONES 1582549 AND

**EXHIBIT 1-H**          **Page 15 of 23**

DARIUS BROOKS 1066328 BOTH CLEARLY ASSAULT OFFICER HOWARD
IN THE MIDDLE OF THE DINING HALL. BOTH OFFENDER MILES AND
BROOKS ARE SECURITY RISK GROUP BLOODS. OFFENDERS MILES AND
BROOKS USE THE CODE UNDER THE SRG BLOODS TO ASSIST ONE
ANOTHER TO ASSAULT OFFICER HOWARD. OFFENDER BROOKS
ADMITTED THAT HE HAD TO RIDE WITH "HOMIE" DURING MY
INTERVIEW.  THIS INCIDENT IS DEEMED SRG RELATED.
I, SGT. GREGORY, READ OFFENDER DARIUS BROOKS 1066328 HIS
DISCIPLINARY RIGHT. (DC-138-A) HE ACKNOWLEDGED THAT HE
UNDERSTOOD HIS RIGHTS, HE SIGNED THE RIGHTS AND RECEIVED
A COPY. OFFENDER DARIUS BROOKS 1066328 WAS ADVISED OF
OFFICER'S REPORT. OFFENDER DARIUS BROOKS PROVIDED A
STATEMENT SAYING, " I WAS UNDER THE INFLUENCE OF METH AND
MARIJUANA. MY FEELINGS WAS INTENSE AND TOOK CONTROL OF MY
ACTIONS.
BASED ON THE INFORMATION PROVIDED BY OFFICER T. HOWARD AND
LT. C. DOVE, I, SGT. GREGORY, FIND THAT INFRACTIONS
OCCURED. I RECOMMEND THAT OFFENDER DARIUS BROOKS 1066328
BE CHARGED WITH A B-25, A-3 AND A-14 INFRACTIONS.

STAFF ASSISTANCE REQUESTED: NO     STAFF:
WITNESSES REQUESTED BY STATEMENT: NO     IN PERSON: NO
PHYSICAL EVIDENCE: NO

INVESTIGATION STAT:  CHG. RECOMMD       PROCESSING STAT: INVESTIGATED
    CHARGES:    B25/  A03/  A14

DATE SUBMITTED TO SUPERINTENDENT: 01/25/23   TIME: 14:36

INVESTIGATOR: GRL38 - GREGORY-HARRIS, RODE

**EXHIBIT 1-H**    **Page 16 of 23**

DC – 138F
1/18

# Request for Extension of Time

Date: 1/25/23

To: Lt. Phyllis Jones

From: Sgt. Rodesha Gregory

I hereby request an extension of time regarding the disciplinary report pertaining to

Name of Offender    Darius Brooks
NCDOC Number    1006328
Date/Time of offense    11/22/22 @ 0723
Facility/Number    Granville 3980

---

_____ The disciplinary report was returned for additional information or further investigation.

_____ Offender was not available for the medical/mental status.

✓ The disciplinary report / investigation report was not forwarded to the superintendent's office within the allotted time.

_____ The offender was absent from the facility from _____ to _____. (See Explanation)

_____ The offender has transferred to _____ from _____. (See Explanation)

---

Explanation: Staff workload

I approve an extension of ___10___ days

Approving Authority ___Sgt P. Jones___       1/25/23 @ 1340
                        Signature                Date/Time

Distribution: Original – Facility Files

**EXHIBIT 1-H**   **Page 17 of 23**   1 of 4

DC-138B
Rev. 2/08

## STATEMENT BY WITNESS

Staff [ ] Inmate [ ] Other [ ] Name: Trent Howard   NCDOC: (Inmate Only)

Position or Title of Witness: (Staff Only- Include Staff ID): Correction Officer HT040

Name and OPUS Number of Accused Inmate(s): Darius Brooks (1066328) Phillip Miles

Name of Person Obtaining statement: Sgt Rodesha Gregory (1582549)

Date: 1/25/23   Time: 1239

### FOR ACCUSED INMATE USE ONLY:

I Request written statements be gathered in my behalf: [ ] Yes   [ ] No. If yes, list names: _____

This document was not
legible when scanned.

I request live witness(es) be present at my hearing: [ ] Yes   [ ] No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: [ ] Yes   [ ] No

I request staff assistance at my hearing: [ ] Yes   [ ] No   Inmate Initials _____

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

On 1/22/23 I officer T. Howard was assisting in the Dinning Hall. At approximately 0720 hrs I gave offenders Darius Brook (1066328) /phillip Miles (1582549) multiple Directives to get up from the table and put their Breakfast tray away they refused all directives given. I gave them one last directive to get up because another pod was coming in the dinning hall and had to sit where they were sitting. Both offenders got up and began Cussing at me. Both offenders stated "Fuck you and get out my face in a hostile manner" They then approached me in a hostile manner. I gave them multiple Directives to Back up and give me some space.

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____   Date 1/22/23 Time 7000

2 of 4

DC-138B
Rev. 2/08

# STATEMENT BY WITNESS

Staff [ ] Inmate [ ] Other [ ] Name: Trent Howard NCDOC (Inmate Only) ______

Position or Title of Witness: (Staff Only- Include Staff ID): Correctional Officer HTDHQ

Name and OPUS Number of Accused Inmate(s): Darius Brooks (1066328) Philip Miles (1582545)

Name of Person Obtaining statement: Sgt Rodesha Gregory

Date: 1/25/23 Time: 1239

**FOR ACCUSED INMATE USE ONLY:**

I Request written statements be gathered in my behalf [ ] Yes [ ] No. If yes, list names ______

This document was not legible when scanned.

I request live witness(es) be present at my hearing: [ ] Yes [ ] No If yes, list names: ______

I request physical evidence be reviewed at my hearing: [ ] Yes [ ] No

I request staff assistance at my hearing: [ ] Yes [ ] No Inmate Initials ______

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

Everytime I told them to back up they proceeded to get closer to me especially inmate Miles. Once I noticed the offenders were to close to me, ~~offender~~ Miles Had struck me in my chest with his elbow. I created space by pushing imate Miles away from me. I officer Howard attempted to retreat but before I could offender Brooks Began to assault me by striking me in my face with closed fist. Then I attempted to try and gain control of inmate Brooks sudden offender Miles began to strike me with close fist to my face as well multiple times

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness [signature] Date 1/22/23 Time 1000

3 of 4

DC-138B
Rev. 2/08

## STATEMENT BY WITNESS

Staff ☐ Inmate ☐ Other ☐ Name: Trent Howard NCDOC (Inmate Only)

Position or Title of Witness: (Staff Only- Include Staff ID): Correctional officer HMDUO

Name and OPUS Number of Accused Inmate(s): Darius Brook (1066328) Philip Miles (1582541)

Name of Person Obtaining statement: Sgt. Rodesha Gregory

Date: 1/25/23 Time: 1239

**FOR ACCUSED INMATE USE ONLY:**

I Request written statements be gathered in my behalf: ☐ Yes ☐ No. If yes, list names:

~~This document was not~~ legible when scanned.

I request live witness(es) be present at my hearing: ☐ Yes ☐ No. If yes, list names:

I request physical evidence be reviewed at my hearing: ☐ Yes ☐ No

I request staff assistance at my hearing: ☐ Yes ☐ No Inmate Initials

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

In the struggle I fell to the floor the whole time I'm falling the offenders continued striking me. once I officer Howard regained my footing I then attempted to grab offenders legs to secure them and not give them a chance to assault me with their feet. I eventually got them both to the ground. once I got the offenders to the ground one of them attempted to place me in a choke hold. I felt a set of arms go around my neck I panicked and began to strike offenders in an attempt to get them off of me aiming for any available pressure points.

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness: [signature] Date 1/27/23 Time 1200

4 of 4

DC-138B
Rev 2/08

# STATEMENT BY WITNESS

Staff [ ] Inmate [ ] Other [ ] Name Trent Howard NCDOC Inmate Only

Position or Title of Witness: (Staff Only- Include Staff ID) Correctional officer 1171240

Name and OPUS Number of Accused Inmate(s) Dorius Brooks (1066328). Philip Miles 1158254

Name of Person Obtaining statement: Sgt Rodesha Gregory

Date: 1/25/23 Time: 1239

**FOR ACCUSED INMATE USE ONLY:**

This document was not legible when scanned.

I Request written statements be gathered in my behalf: [ ] Yes [ ] No If yes, list names

I request live witness(es) be present at my hearing: [ ] Yes [ ] No. If yes, list names:

I request physical evidence be reviewed at my hearing: [ ] Yes [ ] No

I request staff assistance at my hearing: [ ] Yes [ ] No Inmate Initials

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

once I realised staff come and assisted and had the offenders under control I immediately stepped away from the situation and did not have any more contacts with the offenders

(Statement may be continued on an attached sheet.)

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness [signature] Date 1/22/23 Time 1000

**EXHIBIT 1-H**          **Page 21 of 23**

This document was not
legible when scanned.

DC-138B
Rev. 1/18

## STATEMENT BY WITNESS

Staff ☑ Offender ☐ Other ☐ Name: Christopher Dove _____  NCDOC (Offender Only) _____

Position or Title of Witness: (Staff Only- Include Staff ID)   Correctional Lieutenant II DCJ19 _____

Name and OPUS Number of Accused Offender(s):   Phillip Miles #1582549 Darius Brooks #1066328 _____

Name of Person Obtaining statement: __Sgt Rodasha Gregory__

Date: __1/25/23__                    Time: __1240__

---

**FOR ACCUSED OFFENDER USE ONLY:**

I Request written statements be gathered in my behalf: ☐ Yes    ☐ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes    ☐ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☐ Yes    ☐ No

I request staff assistance at my hearing: ☐ Yes    ☐ No                    Offender Initials: ___ ___ _____

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

On 01/23/2023 at approx. 0900 hours I, Lt Christopher Dove interviewed and reviewed video footage of an incident that occurred on 01/22/2023 at 0723 hours in the offender dinning hall. Offenders Phillip Miles #1582549 and Darius Brooks #1066328 both clearly assault Officer Howard in the middle of the dinning hall. Both Offenders Miles and Brooks are Security Risk Group Bloods. Offenders Miles and Brooks use the code under the SRG Bloods to assist one another to assault Officer Howard. Offender Brooks admitted that he had to ride with his "homie" during my interview. This incident is deemed SRG related.

(Statement may be continued on an attached sheet.)

---

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____                    Date 1-23-23 Time 0910

**EXHIBIT 1-H**      **Page 22 of 23**

DC-138A
Rev. 1/18

## Notice to Offender

You have been accused of violating the offender conduct rules and an investigation has begun.

**The following are your rights in the offender disciplinary process:**

1. You have a right to at least 24 hours advance written notice of the disciplinary charges before the hearing.

2. You have a right to be informed of the alleged misconduct, and to make verbal and/or written statements to the Investigating Officer.

3. You have a right during the investigation to request in writing to the Investigating Officer that a written witness statement(s) or evidence be gathered, or evidence or witness(es) be present at the hearing, if charges are referred. If you cannot write, you may request that the Investigating Officer transcribe your oral request(s) on the witness form, then sign and date the form. Failure to make requests on the offender witness form shall be deemed a waiver of such requests.

4. You have a right to request that the Facility Head/Designee appoint a staff member to assist you at the hearing.

5. You have a right to have the substance of the evidence read to you and the opportunity to explain or refute the evidence at the disciplinary hearing.

6. You have a right to appeal to the Prisons Director within 15 days from the date of the hearing.

7. Violation of these rights by staff may be grounds for dismissal of the charge(s).

8. You may waive these rights in writing or by overt refusal to cooperate with established disciplinary procedures associated with these rights.

9. You may request to waive a hearing before the Facility Head/Designee or Hearing Officer, acknowledge your guilt of the offense(s), waive your right to appeal and accept sanctions consistent with policy.

**CERTIFICATION: I FULLY UNDERSTAND AND ACKNOWLEDGE RECEIPT OF THIS NOTICE.**

| Darius Brooks | 1064328 | 1/22/23 | 0720 |
|---|---|---|---|
| (Print Offender name) | (OPUS#) | (Date of Offense) | (Time of Offense) |

_____     1/25/23
(Offender Signature)                   (Date)

_____     1/25/23
(Investigating Officer's Signature and OPUS ID)     (Date)

Distribution: Facility files, Copy-Offender

**EXHIBIT 1-H**          **Page 23 of 23**

DC-138B
Rev. 1/18

This document was not
legible when scanned.

## STATEMENT BY WITNESS

Staff ☐ Offender ☑ Other☐ Name: _Darius Brooks_          NCDOC: (Offender Only) _1066328_

Position or Title of Witness: (Staff Only- Include Staff ID) _____

Name and OPUS Number of Accused Offender(s): _____

Name of Person Obtaining statement: _Sgt Rodasha Gregory_

Date: _1/25/23_          Time: _1413_

---

**FOR ACCUSED OFFENDER USE ONLY:**

I Request written statements be gathered in my behalf: ☐ Yes ☒ No. If yes, list names: _____

I request live witness(es) be present at my hearing: ☐ Yes ☒ No. If yes, list names: _____

I request physical evidence be reviewed at my hearing: ☐ Yes ☒ No

I request staff assistance at my hearing: ☐ Yes ☒ No          Offender Initials: _DB_

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

I was under the influence of Meth and Maryjuana.
My feelings was intense and took control of my actions

(Statement may be continued on an attached sheet.)

---

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _Darius Brooks_          Date _1-26-23_ Time _1400_