**EXHIBIT 4**                                                                **Page 1 of 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3007-BO

| | | |
|---|---|---|
| DARIUS TREMAYNE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF** |
| v. | ) | **TENCIANAH JONES** |
| | ) | |
| CORRECTIONAL OFFICER HOWARD, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

I, Tencianah Jones, being competent to testify, and having personal knowledge of the matters herein, hereby state:

1.     I am an adult over the age of 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge.

2.     I am a named defendant in this action.

3.     I have been employed by the North Carolina Department of Adult Correction at the Granville Correctional Institution in Butner, North Carolina, since 2007, as a Correctional Sergeant II.

4.     In the dining hall on January 22, 2023, I observed Sergeant Howard approach both Plaintiff and Offender Miles who were sitting at a table that was needed for other

**EXHIBIT 4**        **Page 2 of 4**

offenders.

5.      Both Plaintiff and Offender Miles refused to comply with directives and became very combative and aggressive.

6.      Due to their behavior, myself and other staff in the dining hall were prepared to assist, if necessary.

7.      I observed Plaintiff and Offender Phillip Miles attacking Sergeant Howard.

8.      All available staff came to assist Sergeant Howard in gaining control of the Plaintiff and Offender Miles.

9.      I assisted by administering my taser on both offenders in an attempt to gain compliance.

10.      I was not directed by Sergeant Howard to administer my taser.

11.      Immediately following the incident, assisting staff took control of both offenders and they were escorted out of the dining hall.

12.      After the incident in the dining hall, I remained in the dining hall to continue my duties there.

13.      I did not have any involvement with Plaintiff or the other offender after the incident in the dining hall.

14.      Plaintiff's allegations that I was in the medical building are false. I did not see him in medical.

2

**EXHIBIT 4**        **Page 3 of 4**

15. The only interaction I had with Plaintiff was in the dining hall.

16. Offender Brooks is just another inmate to me. I did not then, and do not now, hold any feelings of ill-will towards him. I have never wanted to harm Offender Brooks.

SIGNATURE ON NEXT PAGE

3

**EXHIBIT 4**                                                                                      **Page 4 of 4**

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Further the declarant sayeth not.

This the _3_ day of August 2026.

Tencianah Jones
Correctional Sergeant II
Granville Correctional Institution

4