**EXHIBIT 5**                                      **Page 1 of 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3007-BO

| | | |
|---|---|---|
| DARIUS TREMAYNE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF** |
| v. | ) | **AUSTIN PEARCE** |
| | ) | |
| CORRECTIONAL OFFICER HOWARD, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

I, Austin Pearce, being competent to testify, and having personal knowledge of the matters herein, hereby state:

1.      I am an adult over the age of 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge.

2.      I am a named defendant in this action.

3.      I have been employed by the North Carolina Department of Adult Correction since July 2018. I was at Granville Correctional Institution in Butner, North Carolina, from July 2018 to August 2024. At all times relevant to this matter, I was a Correctional Officer II. Currently, I am employed at the Randall Building as a Division Officer.

4.      On January 22, 2023, I responded to a Code 7 when Plaintiff (referred to herein as

**EXHIBIT 5** **Page 2 of 4**

"Offender Brooks") and Offender Phillip Miles ("Offender Miles") were involved in an altercation with correctional staff in the dining hall.

5. I was not involved in and did not witness the incident in the dining hall.

6. I assisted by escorting Offender Miles from the dining hall to the medical building.

7. The only interaction I had with Plaintiff was in the medical building.

8. On January 22, 2023, while in the medical holding cell, Plaintiff was yelling for staff to loosen his handcuffs.

9. At that time, assisting staff and I entered the holding cell to inspect and adjust the handcuffs.

10. As soon as I loosened the first hand, he jerked that hand out of the handcuff and became combative. Another staff member placed Plaintiff on a flat surface (floor) to regain control. While on the floor, Plaintiff continued to be combative and disregard all directives to comply. Officer Vargus administered OC pepper spray to gain control and I grabbed Plaintiff's free hand and put it back into the handcuff. Plaintiff was then placed in full restraints.

11. No additional force was used after this.

12. Plaintiff was decontaminated and evaluated by medical staff, per policy.

13. Sergeant Howard was not present in the medical building.

**EXHIBIT 5**                                      **Page 3 of 4**

14.     The force used in the medical holding cell was minimal and necessary to stop Plaintiff's aggressive and combative behavior.

15.     Offender Brooks is just another inmate to me. I did not then, and do not now, hold any feelings of ill-will towards him. I have never wanted to harm Offender Brooks.


SIGNATURE ON NEXT PAGE

**EXHIBIT 5** **Page 4 of 4**

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Further the declarant sayeth not.

This the __2__ day of August 2026.

_____
Austin Pearce