Brooks v. Howard et al.
5:24-ct-30??-?? FILED

AUG 20 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY JAB DEP CLK

Notice to the Court

Dear Clerk of Court,

Plaintiff Received a letter from the court; 'Notice to Pro Se Party of Right to Respond to Motion for Summary Judgment Filed 8/5/2026 - Docket Entry #63'. (Docket #68)

Plaintiff would like to give Notice to the Court that Plaintiff Received nothing from Defendants nor Defendants counsel informing Plaintiff of a Motion for Summary Judgment, alleged Statements of Material facts, nor Memorandum of such. The only Notice Plaintiff Received from Defendants were a "Notice of Substitution of Counsel". (Docket #62)

Plaintiff is Not a Registered user of CM/ECF and have No access to such. Anything filed electronically without Plaintiff being served a copy by postal mail, leaves Plaintiff with no ability to be Notified.

From the letter Received from the Clerk of Court (Docket #68) on 8/14/2026, Plaintiff is Now aware that he has until 8/26/2026 to file a Response in Opposition to Defendants Motion for Summary Judgment. But as Pro Se, Plaintiff doesn't Know what to Respond to, (OR) in this matter Defendants hasn't served Plaintiff a Summary Judgment to Respond to.

Due to the scheduled deadline, I would like to ask the Court to Dismiss any future/Present Summary Judgments filed by Defendants. If Defendants allege that a copy was sent to Plaintiff by Postal Mail,

# Notice to the Court

Plaintiff would like proof of such and would like to ask Defendants to produce Tracking # of said Summary Judgment that Defendants allege (if they allege) was sent by Postal Mail.

Respectfully Submitted

## Certificate of Declaration

I Declare under penalty of perjury that this Declaration is true and correct in substance and in fact to the best of my Knowledge.

This 14th day of August 2026

[signature]

Darius T. Brooks

Plaintiff