IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-3007-BO

| | | |
|---|---|---|
| DARIUS TREMAYNE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RESPONSE TO PLAINTIFF'S NOTICE TO COURT REGARDING DEFENDANTS' SUMMARY JUDGMENT MOTION [D.E. 73]** |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER HOWARD, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants Howard, Johnson, Jones, and Pearce ("Defendants"), responding to Plaintiff's Notice to Court [D.E. 73] alleging that he has not received a copy of Defendants' Motion for Summary Judgment and their Exhibits [D.E 63 – 67].

On August 5, 2026, Defendants, through undersigned counsel, filed their motion for summary judgment along with multiple exhibits, declarations and sealed motions (see Docket Entries 63 through 67). On August 6, 2026, the Public Safety Section mailed out said documents to Plaintiff at Alexander Correctional Institution. On August 14, 2026, Plaintiff mailed out to the Clerk a Notice alleging that he had not received Defendants' Motion for Summary Judgment or supporting documents [D.E. 73]. On August 20, 2026, after a brief conversation with mailroom staff at Alexander Correctional Institution, it was confirmed that Plaintiff received copies of those documents on August 12, 2026, and

that Plaintiff, in fact, signed for them (see Exhibit A – Plaintiff's Mail Log).

While Defendants do not oppose that an extension of time be granted, Defendants wanted the record clear that the documents were sent and served on Plaintiff in a timely manner. Regardless, Defendants are resending the motion, memo and exhibits in question to Plaintiff.

Respectfully submitted, this the 20th day of August, 2026.


**JEFF JACKSON**
**Attorney General**

/s/ James A. Barnes, IV
James A. Barnes, IV
Assistant Attorney General
N.C. State Bar No. 33356
N.C. Department of Justice
P.O. Box 629
Raleigh NC 27602-0629
Telephone: (919) 716-6786
Facsimile: (919) 716-6761
E-mail: jabarnes@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

Darius Tremayne Brooks
1066328
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681
*Pro Se Plaintiff*

J. Bruce Hoof
P.O. Box 51098
Durham, NC 27717-1098
jbh@brucehooflaw.com
*Co-counsel for Defendant Johnson*

This the 20th day of August 2026.

/s/ James A. Barnes, IV
James A. Barnes, IV
Assistant Attorney General