IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA

FILED

AUG 25 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY JAB DEP CLK

| | |
|---|---|
| DARIUS T. BROOKS, Plaintiff | MOTION FOR EXTENSION of TIME TO RESPOND TO DEFENDANTS' MOTION for SUMMARY JUDGMENT |
| v | |
| CORRECTIONAL OFFICER HOWARD, et al., Defendants | Case # 5:24-CT-3007-BO |

NOW COMES Plaintiff Darius T. Brooks ("Plaintiff"), pro se, and heeby moves this Court to extend the deadline for Plaintiff to respond to the Defendants' Motion for Summary Judgment. In support of this motion, Plaintiff states as follows:

1. The current deadline for Plaintiff to respond to the Defendants Motion for Summary Judgment is August 26, 2026. As Pro Se litigant, Plaintiff asks this court to grant him an additional 30 days to Review the Defendants' Motion and submit a Response to the Court.

2. Plaintiff Received over 500 pages of Discovery and Needs additional time to complete his Review. Plaintiff has ADD which is a learning disability

that makes it diffcult to Read and Stay focused.

3. Plaintiff didn't sign for and Receive Defendants Summary Judgment until August 17, 2026, which is passed out through Legal Mail Secretary.

4. If granted, this additional time will help ensure that Plaintiff is able to provide a thorough and detailed response to the Motion.

5. Plaintiff makes this motion in good faith and for no improper purpose.

Respectfully Submitted
August 18th, 2026,

Darius Brooks
DARIUS T. BROOKS
Plaintiff