IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CT-3007-BO

| | | |
|---|---|---|
| DARIUS T. BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER HOWARD, et al.<br><br>Defendants. | ) | **ORDER** |

This matter is before the clerk on the pro se plaintiff's motion for extension of time [D.E. 77] . For good cause shown, the motion is GRANTED. Plaintiff has up to and including September 28, 2026, within which to respond to the motion for summary judgment [D.E. 63].

SO ORDERED. This the 26th day of August, 2026.

_/s/ Peter A. Moore, Jr._________
Peter A. Moore, Jr.
Clerk of Court