IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

No. 5:24-CT-3007-BO

OCT 01 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY [signature] DEP CLK

| | |
|---|---|
| DARIUS T. BROOKS<br>Plaintiff<br><br>v.<br><br>CORRECTIONAL OFFICER HOWARD, et al.,<br>Defendants' | Motion For Extension of Time to Respond to Defendants' Motion for Summary Judgment |

NOW COMES Plaintiff DARIUS T. BROOKS ("Plaintiff"), PRO SE and hereby moves this Court for second extention of the deadline, for Plaintiff to Respond to the Defendants Motion for Summary Judgment so that Plaintiff can see the video again, to evaluate the Defendants' Motion for Summary Judgment. HE would also like to ask the Court to direct the Defendants to ensure Plaintiff is able to review the video again.

If granted, this additional time will help ensure that Plaintiff has reviewed the footage to provide a through and detailed response to the Motion.

Plaintiff submits this motion in good faith and for No improper purpose.

DARIUS T. BROOKS
[signature] Plaintiff

Dated: 9-24-26