# Exhibit Cover Page

OSMF APPENDIX

"BATES"

EXHIBIT NUMBER 2- Bates

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY RECEIVED

**SICK CALL APPOINTMENT REQUEST**

| DARIUS BROOKS | 1066328 | HCBU #207 | N/A | 6-21-23 |
|---|---|---|---|---|
| Inmate Name (please print) | Inmate Number | Dormitory | Duty Assignment | Date |

Complete this form and put it in the locked sick call box. The form will be picked up by medical staff and your appointment will be posted as outlined in the medical orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will not be rescheduled. You will have to submit another request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.**

WRITE YOUR MEDICAL REQUESTS IN THIS SPACE (Be specific) My eyes are burning and discharging ~~[illegible]~~ from being maced. It flairs up, then goes away. Then flairs again, sometimes I wake up and my eyes are glued shut from the discharge.

I understand that in accordance with NC Division of Adult Corrections Co-Payment Policy, I will be charged a co-payment for applicable health care appointments. This request authorizes disbursement from my trust fund account for those health care visits.

Inmate Signature: Darius Brooks Date: 6-21-23

**INMATE: DO NOT WRITE BELOW THIS LINE**

**TRIAGED DATE** 6/21/2023 **TIME** 0809 **TRIAGE BY** [signature] LPN Name **TITLE** LPN

**DISPOSITION:** ☑ Nurse ☐ MD/PE ☐ Dental ☐ MH ☐ Other

**SICK CALL APPOINTMENT**

ACTION TAKEN (Be specific and include DATE/TIME): Nursing Protocol

For additional space use DC-387

Granville #3980
Facility Name and Number

[signature] LPN
Signature/Title

This form is not to be amended, revised, or altered without approval of the Medical Records Committee.

File: Outpatient Record, Section VI

**PRINT**
Inmate Name Darius Brooks
Inmate Number 1066328
Inmate Unit HCCW B207

DC-602 (Revised 8/10) 0406

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY

SICK CALL APPOINTMENT REQUEST

7/10/23

RECEIVED 7-10-23

| Brooks, Darius | 1066328 | HCBU 207 | N/A | |
|---|---|---|---|---|
| Inmate Name (please print) | Inmate Number | Dormitory | Duty Assignment | Date |

Complete this form and put it in the locked sick call box. The form will be picked up by medical staff and your appointment will be posted as outlined in the medical orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will not be rescheduled. You will have to submit another request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.**

**WRITE YOUR MEDICAL REQUESTS IN THIS SPACE (Be specific)** Im spiting out white specks that I think are coming from my glands/Root of my mouth. Its causing me to break-out in un-controlable coughs and shortness of breath. It gets worse when I drink the juice from breakfast, lunch or dinner

I understand that in accordance with NC Division of Adult Corrections Co-Payment Policy, I will be charged a co-payment for applicable health care appointments. This request authorizes disbursement from my trust fund account for those health care visits.

Inmate Signature: [signature] Date: 7-10-23

**INMATE: DO NOT WRITE BELOW THIS LINE**

**TRIAGED DATE** 7/11/23 **TIME** 0106 **TRIAGE BY** [signature] (Name) **TITLE** RN

**DISPOSITION:** ☐ Nurse ☐ MD/PE ☐ Dental ☐ MH ☒ Other

**SICK CALL APPOINTMENT**

ACTION TAKEN (Be specific and include DATE/TIME):

Sick call triaged & scheduled

For additional space use DC-387

GCI-3980

Facility Name and Number

Signature/Title

This form is not to be amended, revised, or altered without approval of the Medical Records Committee.

File: Outpatient Record, Section VI

PRINT Inmate Name Brooks, Darius T

Inmate Number 1066328

Inmate Unit HCBU-207

DC-602 (Revised 10/12) NCR 1

RECEIVED
4/11/23

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY (NCDPS) DIVISION OF PRISONS (DOP) HEALTH AND WELLNESS SICK CALL APPOINTMENT REQUEST

| DARIUS BROOKS | 1066328 | HCBU #207 | N/A | 4-10-23 |
|---|---|---|---|---|
| Offender Name (print) | OPUS Number | Dormitory | Duty Assignment | Date |

Complete this form and put it in the locked sick call box. The form will be picked up by Health and Wellness staff and your appointment will be posted as outlined in the facility health and wellness orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will have to submit another sick call appointment request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.**

WRITE SPECIFIC MEDICAL REQUESTS/CONCERNS HERE: My left eye has been giving me problems every since I was maced. But its starting to get worse. When I wake up in the morning my eye is sealed close with puss or mucus. Irretation and burning.

I understand that in accordance with NCDPS, DOP, Health and Wellness Co-Payment Policy, I will be charged a co- payment for applicable health and wellness appointments. This request authorizes disbursement from my trust fund account for those health and wellness visits.

Offender Signature: Darius Brooks Date: 4-10-23

**OFFENDER: DO NOT WRITE BELOW THIS**

**TRIAGED DATE** 4/11/23 **TIME** 2247 **TRIAGE BY** [signature] (Name) **TITLE** RN

**DISPOSITION:** ☐ Nurse ☐ MD/PE ☐ Dental ☐ MH ☐ Other

ACTION TAKEN (Be specific and include DATE/TIME):

Sick call triaged + scheduled

GCI - 3980
Facility Name and Number

Signature/Title

PRINT
Offender Name BROOKS, Darius T
Offender OPUS Number 1066328
Offender Unit HCBU 207

This form is not to be amended, revised, or altered without approval from Health and Wellness Management.
Scan into HERO

DC-602 (Revised 10/2020)


Brooks v. Howard et al.
Def. Resp. to Discovery
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
0412

# North Carolina Department of Adult Correction
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | BROOKS, DARIUS T | | | Off #: | 1066328 |
| Date of Birth: | 12/28/1989 | Sex: | M | Race: | BLACK/AFRIC |
| Scanned Date: | 04/18/2023 13:47 | | | Facility: | GRAN |

**Reviewed with New Encounter Note by Harvey, Gloria S PA on 04/20/2023 15:21.**

# North Carolina Department of Adult Correction

## After Care

**Offender #:** 1066328 **Offender Name:** BROOKS, DARIUS T

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: Central Prison 3100 Transfer Date: 02/27/2023

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

None

OTCs: Listing of all known OTCs this offender is currently taking.

None

OPUS Appointments

| Begin Date | End Date | Location | Reason | Staff With | Type |
|---|---|---|---|---|---|
| 02/27/2023 13:15 | 02/27/2023 13:55 | CENTRAL PRISON | MEDICAL APPOINTMENT | 322CAT SCAN RM100 | SPECIALTY CLINIC |

**Pending Non-Medication Orders:**

| Order | Order Date | Frequency | Duration | Details |
|---|---|---|---|---|
| Blood Pressure | 02/03/2023 | Monthly | 90 days | |

TB Clearance:

Last PPD Date: 12/23/2022
Last Chest X-Ray Date:
TB Treatment:
TB Follow-up Recommended: No

Induration: 0mm
Results:
Sx free for 30 days: Yes

Acuity:

Acuity Value: Level 1

PULHEATDMR:

P - Physical Capability: (1) Normal Stamina
U - Upper Extremities: (1) Normal
L - Lower Extremities: (1) Normal
H - Hearing: (1) Normal
E - Eyes (vision): (1) 20/40 with or w/o glasses
A - Activity Grade: (1) Unrestricted Activity
T - Transportation Demand: (1) No restrictions

D - Dental: (2) D2 Fair
M - Mental Health Status: (1) Receiving No Mental Health Treatment
R - Retardation: (1) No Evidence of Intellectual Disability
DD: Developmental Disability: (N) No
ADA: American Disability Act:

Limitations/Restrictions/Diets:

Comments:

Allergies

Penicillin V

Devices / Equipment

No Data Found

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Travel:

Direct Travel: No

Travel Restrictions: ______

UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY OFFENDER:

Transfer From Institution: GRANVILLE CI    Phone Number: (919) 575-3070

Address 1: 1001 Veazey Rd.

Address 2: ______

City/State/Zip: Butner, North Carolina 27509

Name/Title of Person Completing Form: Jackson, Maxine R RN    Date: 02/26/2023

Offender Name: BROOKS, DARIUS T    Offender #: 1066328    DOB: 12/28/1989    Sex: M

# North Carolina Department of Adult Correction
## Vision Screens

**Off #:** 1066328 **Offender Name:** BROOKS, DARIUS T

**Vision Screen on** 12/20/2022 13:21

**Blindness:**

| | | | |
|---|---|---|---|
| **Distance Vision:** | Right Eye: 20/20 | Left Eye: 20/20 | Both Eyes: 20/20 |
| **Near Vision:** | Right Eye: 20/20 | Left Eye: 20/20 | Both Eyes: 20/20 |

**With Corrective Lenses**

| | | | |
|---|---|---|---|
| **Distance Vision:** | Right Eye: | Left Eye: | Both Eyes: |
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Color Test:**

**Tonometry:** R: L:

**Comments:**

**Orig Entered:** 12/20/2022 13:22 EST Washington, Rashida A LPN

## North Carolina Department of Adult Correction
## Treatments

| | | | |
|---|---|---|---|
| **Begin Date:** | 12/20/2022 | **End Date:** | 12/31/2022 |
| **Off #:** | 1066328 | **Offender Name:** | BROOKS, DARIUS T |

| Date | Time | Treatment | Provider | Status |
|---|---|---|---|---|
| 12/21/2022 | 10:00 | Ear Irrigation | Thompson, Ciarea M | Completed |

Not completed, a nurse will have offender try ear drops before irrigation

**Orig Entered:** 12/21/2022 13:08 EST Thompson, Ciarea M CMA

**Total:** 1

Roy Cooper, Governor

Todd Ishee, Secretary

**GRANVILLE CORRECTIONAL INSTITUTION**
**DAILY CHANGE SHEET**
**JANUARY 22, 2023**
**BEGINNING COUNT: 495 RECEIVED: 000**
**RELEASED: 001 TRANSFERRED: 000 ENDING COUNT: 494**

| NAME: | RACE: | OPUS: | FROM: | TO: | AUTHORIZED BY: |
|---|---|---|---|---|---|
| **NIGHT SHIFT OPERATIONS OFFICER: S. OLIVER(2B)** | | | | | |
| *CORNIS, GEQUAN* | *BAA* | *1484000* | *CL1C3012* | *CL1B1008* | *SGT.J. COOPER* |
| **DAY SHIFT OPERATIONS OFFICER:D. AHEMN** | | | | | |
| **RELEASES:** | | | | | |
| FLOYD, JASPER | BAA | 1428746 | CL1C2004 | COLUMBUS | RELEASE |
| **WRITS:** | | | | | |
| COLLINS, DAVID | WAA | 0083271 | CL2D1007 | WATAUGA | CRT/ ORDER |
| WOODS, CHRISTOPHER | WAA | 1292481 | CL1D2004 | ALAMANCE | CRT/ ORDER |
| **MOVEMENT:** | | | | | |
| BROOKS, DARIUS | BAA | 1066328 | CL3A3002 | HCSC-097 | OIC |
| MILES, PHILLIP | BAA | 1582549 | CL3A3009 | HCSC-098 | OIC |
| CASS, KURT | WAA | 1369123 | DUKE REG. | CL1B3010 | HOSPITAL RTN |

**1450 HRS: OFC. PEARCE EXITED WITH 1 RELEASED OFFENDER FLOYD, JASPER (1428746) VIA WALK THROUGH**

**1610 HRS: OFC. ASHFORD AND ALSTON ENTERED WITH 1 OFFENDER CASS, KURT (1369123) COMING FROM DUKE REGIONAL HOSPITAL**

| POPULATION INFORMATION | | | |
|---|---|---|---|
| Beginning Count: 495 | Received: 000 | Released: 001<br>Transferred: 000 | Ending Count: 494 |

**SIGNATURE:** Lt P Jones **DATE:** 1/22/23

**INSTRUCTION: THIS FORM IS TO BE USED TO REPORT IN NARRATIVE FORM ANY INFORMATION OR OTHER ACTIVITIES THAT SHOULD BE BROUGHT TO THE ATTENTION OF THE OTHER SHIFTS. INCLUDE IMPORTANT ITEMS AND UNUSUAL OCCURRENCES THAT ARE NOT OTHERWISE REPORTED IN WRITTEN FORM TO THE SUPERINTENDENT.**

1348 HRS: OFFENDER STEEPLETON, JOSEPH (0991243) STARTED A FIRE IN HIS CELL; AT 1340 STEEPLETON ASSAULTED STAFF BY SPITTING.

**SIB:** 3
HARRIS, ANTHONY (0957565)
YOUNG, RAHEEM (1628264)
MILES, PHILLIP (1582549)- ON SIB PRECAUTIONS AT 1415HRS

**HUNGER STRIKES:** 0

**FIRE WATCH:** 0

**OUT IN COURT:** 5

**OUTSIDE HOSPITAL:** 1
CASS, KURT (1369123)- DUKE REGIONAL HOSPITAL-RETURNED AT 1620 HRS

**TRANSFERS:** 0

**RELEASES:** 1

| | | | | |
|---|---|---|---|---|
| FLOYD, JASPER | BAA | 1428746 | CL1C2004 | COLUMBUS |

1430 HRS: OFFENDER FLOYD, JASPER (1428746) HAS BEEN RELEASED FROM GCI

**OTHER REPORTS:**
0700 HRS: BREAKFAST MEAL BEGAN
0825 HRS: BREAKFAST MEAL COMPLETED
HRS: LUNCH MEAL BEGAN
HRS: LUNCH MEAL COMPLETED
HRS: DINER MEAL BEGAN
HRS: DINNER MEAL COMPLETED

1425 HRS: RELIGIOUS SERVICECS BEGAN (50 OFFENDERS CAME DOWN)

CASS, KURT (1369123) DUKE REGIONAL HOSPITAL CCU-13

| | |
|---|---|
| → 0730 HRS: OFC. ASHFORD AND ALSTON RELEIVED SGT. BRIDGES AND LT. HICKS | 1515 HRS: OFFENDER IS BELING DISCHARGED |
| 0930 HRS: XRAY; | |
| 1040 HRS: 10-4 | |
| 1300 HRS: MRI; WAITING ON MRI RESULTS | |

**CONFIRMED/COVID-19 CASES:** **0**

---

**MISCELLANEOUS:**

| | |
|---|---|
| **1000 HRS:** C-2 SECOND SHIFT KITCHEN WORKERS | SECURITY ESCORTED TO KITCHEN. |
| **1010 HRS:** FOOD SERVICE | FOOD TRAYS TO **(HCON)**. |
| **1010 HRS:** FOOD SERVICE | FOOD TRAYS TO **(C-I)** |
| **1500 HRS:** FOOD SERVICE | FOOD TRAYS TO **(HCON)** |
| **1500 HRS:** FOOD SERVICE | FOOD TRAYS TO **(C-I)** |
| **1745 HRS:** OPERATIONS: | PASS DOWN GIVEN. OPERATIONS SECURED. |

**ZONE 2:**
0911 HRS: OFC. LLERENA AND SMITH EXITED WITH 2 COURT ORDER OFFENDERS. 1 GOING TO ALAMANCE CO, AND 1 GOING TO WATAUGA CO.

| | | |
|---|---|---|
| **0630 HRS:** | (HCON) | OFC. I. BRYANT |
| **0700 HRS:** | (C-1) | OFC. A. LOVE |
| **0830 HRS:** | (C-2) | OFC. J. MAXEY |
| **0615 HRS:** | (C-3) | OFC. E. WRIGHT |

NOTE: OTHERS WERE CONDUCTED BUT NOT REPORTED TO OPS.

**RADIO CHECKS**: (Standard 2.4)

| | |
|---|---|
| **0600 HRS:** | (OPS) D. AHEMN |
| **0600 HRS:** | (SECURITY) T. JONES |
| **0550 HRS:** | (HCON) I. BRYANT |
| **0930 HRS:** | (C-1) D. OVERTON |
| **0627 HRS:** | (C-2) J. MAXEY |
| **0630 HRS:** | (C-3) E. WRIGHT |

NOTE: OTHER RADIO CHECKS WERE CONDUCTED BUT NOT REPORTED TO OPS.

**SEARGEANT ROUNDS/CONFIRMED COUNTS**:

| | | | |
|---|---|---|---|
| 1415 HRS: | (HCON) | SGT. BURNETT | CALLED 1ST COUNT IN. |
| 1750 HRS: | (HCON) | SGT. BURNETT | CALLED 2ND COUNT IN. |
| 1347 HRS: | (C-I) | OFC. LOVE | CALLED 1ST COUNT IN. |
| 1755 HRS: | (C-I) | SGT. CLARK | CALLED 2ND COUNT IN. |
| 1328 HRS: | (C-II) | SGT. MAXEY | CALLED 1ST COUNT IN. |
| 1743 HRS: | (C-II) | SGT. MAXEY | CALLED 2ND COUNT IN. |
| 1334 HRS: | (C-III) | OFC. JOHNSON | CALLED 1ST COUNT IN. |
| 1724 HRS: | (C-III) | OFC. JOHNSON | CALLED 2ND COUNT IN. |
| 1331 HRS: | (KITCHEN) | MR. FRASER | CALLED IN 1ST COUNT IN. |
| 1719 HRS: | (KITCHEN) | OFC. WELLERSDICK | CALLED IN 2ND COUNT IN. |

**DOOR, WINDOW, BAR, LOCK, AND FIRE DOOR CHECKS (INDICATE KEY USED or REMOTE):**

All emergency exit doors and keys should be tested each day on each shift both mechanically and manually noting keys used. (Standards 20.3, 21.15)

| | | |
|---|---|---|
| **0625 HRS: N. BURNETT** | **(HCON) KEY#1** | **ALL APPEARED SECURE.** |
| **0700 HRS: A. LOVE** | **(C-I) KEY #73** | **ALL APPEARED SECURE.** |
| **0700 HRS: A. PEARCE** | **(C-II) KEY # 1** | **ALL APPEARED SECURE.** |
| **0630 HRS: A. JOHNSON** | **(C-III) KEY #75** | **ALL APPEARED SECURE.** |

**NOTE OTHER SECURITY CHECKS**

**SEARCHES (INCLUDE INSTITUTIONAL SEARCHES/REC YARDS/ETC):**

Complete facility searches must be conducted every six months (Standard 19.3) Restrictive Housing workers must be strip searched entering/exiting work site Standard (21.19). Offender Workers with tool contact must have combination of pat/frisk, metal detection, strip searches at exit sites (Standard 17.12).

| | |
|---|---|
| (HCON) | SEARCHES REPORTED |
| (C-I) | SEARCHES REPORTED |
| (C-II) | SEARCHES REPORTED |
| (C-III) | SEARCHES REPORTED |

**DRILLS:**

Emergency Drills/Simulations must be conducted no less than quarterly. Fire Drills should be conducted at least quarterly on each shift/rotation in every area of the institution. Standards 6.2, 12.16, 21.1:

---

**INCIDENTS/ USE OF FORCE:** **2**

**0725 CODE 7 DINING HALL: OFC. HOWARD WAS ASSAULTED BY 2 OFFENDERS BROOKS, DARIUS (1066328), AND MILES, PHILLIP (1582549) DURING BREAKFAST FEEDING. CODE 7 WAS CLEARED AT 727HRS.**

| Floor Officers | | Floor Officers | | Floor Officers | |
|---|---|---|---|---|---|
| Control A/B (3): | D. OVERTON | Control A/B (3): | D. ALFORD (WOD) | Control A/B (3): | C. CORBETT |
| Control C/D (1): | | Control C/D (1): | | Control C/D (1): | |
| A pod (3): | Z. CANNON (WOD) | A/B pod (3): | A. PEARCE | A pod (3): | A. JOHNSON |
| B pod (3): | A. LOVE | | | B pod (3): | |
| C pod (3): | D. CHAMBLISS | C/D pod (3): | | C/D pod (3): | E. WRIGHT |
| D pod (3): | | | | A/B Patrol (1): | |
| Patrol Ofc. | | Patrol Ofc (1): | | C/D Patrol (1): | |
| S.I.B. Ofc (2): | | | | S.I.B. Officer (1): | |

| DORM I | | DORM II | |
|---|---|---|---|
| CHUM II (1): | N/A | CHUM II (1): | N/A |
| CHUM I (1): | N/A | CHUM I (1): | N/A |
| Sergeant (3): | N/A | Sergeant (3): | N/A |
| **Floor Officers** | | **Floor Officers** | |
| Control (3): | N/A | Control (3): | N/A |
| A/B pod (3): | N/A | A/B pod (3): | N/A |
| C/D pod (3): | N/A | C/D pod (3): | N/A |
| Patrol Ofc (1): | N/A | Patrol Ofc (1): | N/A |

| SUPPORT SERVICES (MONDAY-FRIDAY) | | | |
|---|---|---|---|
| Risk Management Captain (1) | W. APPLEWHITE | Canteen Warehouse (1) | T. JONES |
| Legal Services Captain (1) | B. DOVE | Warehouse Sergeant (1) | A. BURTON |
| Internal Affairs/CSIS Capt. (1) | R. HARRIS | Warehouse (1) | |
| Transportation Sergeant (1) | V. NICHOLSON | Clothes House (1) | R. JONES |
| Transportation Lt. (1) | C. DOVE | Clothes House (1) (GS) | A. HAWKINS |
| Legal Services LT (1) | D. MCDANIEL | School Patrol (3) (GS) | C. FAISON |
| Fiscal Lt. (1) | N/A | School Patrol (1) | N/A |
| Operations Lt. (1) | N/A | School Patrol-Conn (1) | N/A |
| CSIS (SRG) Sergeant (1) | J. ROSS | Transportation (1) | |
| Clothes House Sergeant (1) | J. EVANS | Transportation (1) (GS) | T. HOWARD |
| Fiscal Sergeant (1) | N/A | Transportation (1) | S. WILLIAMS |
| Admin Patrol Officer | N/A | Transportation (1) | M. WAGSTAFF |
| Arsenal Officer (1) | R. PARKER | Transportation (1) | J. LLERENA |
| Diagnostics Officer (1) | T. CAPEHEART | Transportation (1) | D. ALFORD |
| Diagnostics Officer (1) | J. KNIGHT | Vehicle Gate (1) | N/A |
| SRG Officer (1) (GS) | N/A | Visitation (1) | J. ALLEN |
| SRG Officer (1) | N/A | Facility Compliance Specialist | C. MEDLIN |
| DHO Officer | N/A | Records (1) | N/A |
| Medical Patrol (1) | T. THOMPSON | Training (1) | E. JONES |

*Pull Post (1)-Can be reassigned and maintain normal operations*
*Pull Post (2)-Removal will impact normal operations and security*
*Pull Post (3)-Removal will eliminate control and security*

| | |
|---|---|
| **STAFF COUNT: PERSONNEL: 5 *CAPTAINS: 01*LIEUTENANTS: 01 *SERGEANTS: 08 *OFFICERS: 39 TOTALS: 54** | |
| **Late to Work:** | C. CORBETT |
| **Late to Work:** | |

| | |
|---|---|
| **Confirmed Callouts/ Sick:** | C. MCIVER, C. MADKINS, J. CARTER, M. RAGLAND, V. SANTOS, M. FRANCIS, G. MONROE |
| **No Call No Show:** | |
| **Approved Leave:** | V. HOPKINS |
| **Vacation:** | |
| **FMLA:** | J. LEMMON, J. HOWARD, B. BEATY, F. TAYLOR |
| **BCOT:** | |
| **Inservice:** | |
| **Other Training:** | |
| **Special Assignment:** | |

*****SHIFT ACTIVITY*****

**LINE-UP**

**CAPT. SATTERWHITE AND LT. JONES WAS PRESENT FOR LINE-UP. THE FOLLOWING WAS DISCUSSED:**
**QUALIFIED STAFF SHOULD APPLY FOR FTO POSITIONS. APPLICATIONS CLOSES SUNDAY 01/22/23. CHECK LMS OFTEN; IN-SERVICE HAS BEEN CONSOLIDATED INTO 4 DAYS NOW; FIT TESTING ONLINE MEDICAL EVALUATIONS WILL BEGIN 01/23/23 AT 12:01AM.**
**MINI TRAINING: N/ A**

**DAILY CODES:**

| 1ST | | 2ND | |
|---|---|---|---|
| CODE 3: | 1301 | CODE 3: | 1715 |
| CODE 2: | 1328 | CODE 2: | 1720 |
| CODE 2 CLEARED: | 1421 | CODE 2 CLEARED: | 1805 |
| CLEARED BY: | LT. JONES | CLEARED BY: | LT. JONES |

**OTHER CODES:**

| | | | |
|---|---|---|---|
| 0725 HRS: CODE 7 | DINING HALL | | |
| 0727 HRS: CODE 7 CLEARED | DINING HALL | | |

**UNANNOUNCED ROUNDS**

| | | |
|---|---|---|
| 1300 HRS: CAPTAIN SATTERWHITE | HCON | ALL APPEARED TO BE SECURE |
| 1415 HRS: CAPTAIN SATTERWHITE | C1 | ALL APPEARED TO BE SECURE |
| 1500 HRS: CAPTAIN SATTERWHITE | C3 | ALL APPEARED TO BE SECURE |
| 1650 HRS: LT. JONES | HCON | ALL APPEARED TO BE SECURE |
| 1500 HRS: LT. JONES | C1 | ALL APPERED TO BE SECURE |

**PERIMETER CHECK:**
HRS: LT. JONES — ALL APPEARED TO BE SECURE

**PERIMETER FENCE-CHECK (UNANNOUNCED)/TESTS:**
HRS: LT. JONES — ALL APPEARED TO BE SECURE

**E.I.S. LOG REVIEW (Must be by OIC):** (Standard 16.27)
1200 HRS: LT. JONES — ALL APPEARED TO BE SECURE

**CELL SENSE SENSITIVITY CHECK:** (Standard 8.9)

| | | |
|---|---|---|
| 0800 HRS: CAPT. SATTERWHITE | (HCON) | NO DISCREPANCIES. |
| 1215 HRS: LT. JONES | (LOBBY) | NO DISCREPANCIES. |
| 1440 HRS: LT. JONES | (REC) | NO DISCREPANCIES. |
| 1650 HRS: LT. JONES | (HCON) | NO DISCREPANCIES. |

**CROSS GENDER ANNOUNCEMENTS:**

NC Department of Adult Correction
PROTECTION • INNOVATION REHABILITATION

Roy Cooper, Governor | Todd Ishee, Secretary

| OPERATIONS | |
|---|---|
| **Date:** | **01/22/2023** |
| **Shift:** | **1B** |
| **OIC (3):** | **CAPT. SATTERWHITE** |
| **Assistant OIC Lieutenant (1):** | **LT. JONES** |
| **Division Duty Officer:** | **HERACHIO HAYWOOD (01/20-02/03-23)** |
| **Institution Duty Officer:** | **BILLY COOPER (01/20-02/03-23)** |

| Operations Staff | | Beginning Shift Housing Population/&End | | | | | |
|---|---|---|---|---|---|---|---|
| Security Sergeant (1): | T. JONES (WOD) | Single Cell I: | 125 | 128 | ** | 125 | 128 |
| Master Control Sergeant (3): | R. GREGORY | Single Cell II: | 140 | 140 | ** | 139 | 140 |
| Master Control (3): | | Single Cell III: | 138 | 139 | | 136 | 137 |
| Central Control (2): | NOT MANNED DUE TO STAFF SHORTAGE | -- | | | | | |
| Gatehouse (3): | T. ALHAZMI | Dorm I: | 00 | 00 | ** | 00 | 00 |
| Gate House/Temp Check Ofc.: | N/A | Dorm II: | 00 | 00 | ** | 00 | 00 |
| Lobby Search (3): | ROLON | Dorm III: | 00 | 00 | ** | 00 | 00 |
| Operations (1): | D. AHEMN | Dorm IV: | 00 | 00 | ** | 00 | 00 |
| Perimeter Patrol Vehicle #1(3): | SGT. LIPTAK (P&G) | -- | | | | | |
| Perimeter Patrol Vehicle #2(3): | JORDAN (P &G) | HCON | 88 | 88 | ** | 90 | 90 |
| Yard 1 (1): | E. KINGSBERRY | Out to Court: | 03 | 03 | ** | 05 | 05 |
| Yard 2 (1): | | Temporary out | 01 | 01 | ** | 00 | 00 |
| Yard 3 (1): | | Total Population: | 495 | 495 | ** | 494 | 494 |
| Hospital Ofc: | J. ASHFORD/ J. ALSTON | ← | | | | | |
| Hospital Ofc: | | | | | | | |
| Hospital Ofc: | | | | | | | |

| HCON | | | |
|---|---|---|---|
| CHUM III (1): | | A Block U/L (3): | L. VARGAS |
| CHUM II (1): | | B Block U/L (3): | I. BRYANT |
| Sergeant (3): | N. BURNETT | C Block U/L (3): | J. GARDNER |
| Control A/B (3): | D. AVERETTE | D Block U/L (3): | N. WILSON |
| Control C/D (1): | | PATROL: | |
| S.I.B. Officer (1): | | | |
| HCON Operations (1): | | LOGISTICS SUPPORT (1): | |

| SINGLE CELL I | | SINGLE CELL II | | SINGLE CELL III | |
|---|---|---|---|---|---|
| CHUM III (1): | K. WHITE | CHUM II (1): | | CHUM II (1): | |
| CHUM II (1): | | CHUM II (1): | | CHUM I (1): | |
| Sergeant (3): | N. CLARK | Sergeant (3): | J. MAXEY | Sergeant (3): | T. JOHNSON |

| | | | | |
|---|---|---|---|---|
| **DOI In-Service - Security Risk Groups within Adult Correction** | Event | 3 | Completed | 2/3/2020 |
| **Cyber Security: Social Engineering Red Flags** | Online Class | 0.25 | Completed | 5/20/2020 |