# Exhibit Cover Page

DECLARATION of
DARIUS TREMAYNE BROOKS

EXHIBIT NUMBER 3

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:24-CT-3007-BO

FILED
OCT 26 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY JAB DEP CLK

DARIUS T. BROOKS
Plaintiff

v.

CORRECTIONAL OFFICER HOWARD, et Al.,
Defendants'

# DECLARATION of DARIUS TREMAYNE BROOKS

I, Darius Tremayne Brooks, being competent to testify and having personal Knowledge of the matters herein, hereby states:

(1.) I am an Adult over the age of 18, have never been adjudged incompetent, and make this declaration with my own free will, stating facts of which I have personal Knowledge.

(2) I am the Plaintiff in this action.

(3) In the Dining Hall Officer Howard used disproportionate amounts and excessive amounts of force by bull-Rushing Plaintiff while immediatly fallowing up with striking punches.

4.) After the dining hall incident was over, Plaintiff was calmly escorted by Officer Kingsberry to Medical Building.

(5.) Officer Howard (after the dining hall incident) is seen riding the elivator to 2ND floor. Officer Howard, along with another Officer then walks into the Medical Building.

(6) Officer Howard came into the Medical Building, he tried to Rush into my holding cell, But Sgt. Johnson [illegible] back, told

Officer Howard that they would get me later. Then they left.

(7.) Moments later they came back (Howard, Johnson and Pierce). Defendant Pierce came into my holding cell and instructed me to walk backward towards him so he can take my handcuffs off.

(8.) Once I got into Defendant Pierce's reach, he yanked me by my handcuffs. Thats when I started feeling a bunch of punches to the back of my head.

(9.) Due to my hands being cuffed to my back, the only thing I could do to guard myself best way possible was to drop down to my Knees and curl up best as possible. But Defendant Howard and Defendant Sgt. Johnson would pull my head back by my dreds, leaving me defenseless and punch me in my face, while the others unloaded mace in my face, hair, eyes and mouth.

10. From Defendants' attack in the medical building, ive sustained physical and mental injuries. I now suffer with irratations of my eyes, off and on discharge from my eyes when I wake up some mornings and my eyes be glued shut from dried up discharge. My eyes burn and become irratated when I try to read books or look at small letters. My eye sight has went from 20/20 to 20/40. I was never decontaminated.

11. From my Grievance and Disciplinary Appeal, Plaintiff made every effort to let Administration Know about the assault that took place [illegible] building. [illegible] Know

when he came to my cell attempting to charge me with another A-3 (Assault on an Officer) from the incident that took place in the Medical Holding Cell. I also requested Physical Evidence, Mr Hicks was the Investigating Officer over the Medical Building incident, and Sgt. Gregory was the Investigating Officer over the Dining Hall incident. Some how Mr. Hicks has took over the Dining Hall Investigation and trying to hide (down-play) the Use of Force incident that took place in the Medical Building.

12. Defendants' statements about Officer Howard not being in participation of the Use of Force that took place are false.

13. Officer Howard's statement about not being in participation or present during the use of force incident in the Medical Building are false.

14. Defendants statments of not using excessive force and not maliciously and sadistically attacking Plaintiff are false.

~~Officer Bridges~~

15. Sgt. Bridges statment, alleging that he decontaminated me is absolutely false.

# VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 21st day of October 2026

Darius Brooks
DARIUS T. BROOKS
Plaintiff

JULIE TUCKER
Notary Public, North Carolina
Catawba County
My Commission Expires
June 19, 2027

State of North Carolina
County of Alexander
Subscribed and sworn to (or affirmed) before me this 22 day of Oct, 2026
Witnessed my hand and official seal.
Julie Tucker
(signature of notary)
My commission expires: